AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 11 2017
JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Monta Orlando JORDAN | ) Case No. 7:17mj80 |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 10, 2017__ in the county of __Bedford__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 846 and 841(a)(1) | Attempt to posses with intent to distribute a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, and 100 grams or more of a mixture and substance containing a detectable amount of heroin, a schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Sloan DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/11/2017

_____
*Judge's signature*

City and state: Roanoke, Virginia

Robert Ballou, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Ryan A. Sloan, being duly sworn, depose and state as follows:

1. I have been employed with the Roanoke Police Department since 2008 and have been a Narcotics Detective with the Roanoke Police Narcotic and Organized Crime Unit since 2013. I have been a Task Force Officer with the Drug Enforcement Administration since 2015. During this time I have participated in numerous state and federal narcotic investigations resulting in the arrest and conviction of drug distributors, and seizure of quantities of controlled substances. Many of these investigations have dealt with the possession with intent to distribute, the distribution of, and the use of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance. I have received extensive training in drug identification, drug distribution methods, and drug enforcement techniques from both state and federal agencies. I am familiar with the use, effects, distribution techniques, appearance, and method of manufacture of controlled substances, to include cocaine and heroin.

2. This affidavit is submitted in support of the following:

    a. A criminal complaint and arrest warrant charging

Monta Orlando JORDAN with attempt to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, and 100 grams or more of a mixture and substance containing a detectable amount of heroin, a schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

3. This affidavit contains information necessary to support probable cause. The information contained in this affidavit is not intended to include each and every fact and matter observed by or known to the United States.

4. Pursuant to an ongoing federal investigation into Monta Orlando JORDAN, law enforcement determined that 2791 Stone Mountain Road Bedford, Virginia 24523, was a delivery location for controlled substances which was utilized by JORDAN. On or about August 1, 2017, law enforcement contacted FedEx personnel to request the aforementioned address be flagged for all inbound packages. On August 10, 2017, law enforcement was notified by FedEx personnel that a package was inbound from 411 S 35th Avenue Phoenix, Arizona 85009 to 2791 Stone Mountain Road, Bedford, Virginia. DEA database queries revealed previous indexing related to several DEA investigations involving cocaine, heroin, and methamphetamine trafficking regarding the 411 S 35th Avenue Phoenix, Arizona 85009 address. Law Enforcement met at the

FedEx facility in Roanoke, Virginia, and utilized a certified Virginia State Police K9 to conduct a free air sniff of said package. The K9 indicated a positive alert for the presence of controlled substances.

5. On the same date, Special Agent Charles Sanders from the Drug Enforcement Administration Roanoke Resident Office obtained a federal search warrant for the contents of the package. The search warrant was executed at the DEA Roanoke Office. The package contained two bundles wrapped in clear plastic. The first bundle was approximately 544 grams of a mixture and substance containing a detectable amount of suspected cocaine, a schedule II controlled substance. The second bundle was approxiamtely 581 grams of a mixture and substance containing a detectable amount of suspected heroin, a schedule I controlled substance. The suspected cocaine tested positive using a Scott Reagent Test Kit. The suspected heroin tested positive using a Marquis Reagent Test Kit.

6. On the same date, law enforcement removed the original packages containing the suspected cocaine and heroin for preservation and replaced them with fake bundles wrapped in plastic to appear as the FedEx package was not tampered with by law enforcement. Law enforcement utilized an undercover agent to conduct a controlled delivery of said package to 2791 Stone Mountain Road, Bedford, Virginia at approximately 5:18 PM. At

approximately 7:30 PM, a Gray Chevrolet Traverse with Virginia Registration VWD-9804 arrived at 2791 Stone Mountain Road, Bedford, Virginia. A short time later, law enforcement observed the Gray Chevrolet Traverse leave the residence. Virginia State Police Troopers attempted to stop the vehicle at the intersection of Route 122 and Morgans Church Road in Bedford County, Vrginia. The driver would not stop the vehicle for troopers. Once the driver drove over a river he slowed and threw the bundles wrapped in plastic over the bridge into the river and then stopped his vehicle. The driver and only occupant was detained and identified by law enforcement as Monta Orlando JORDAN of Roanoke, Virginia. Once JORDAN was detained, he advised law enforcement that he was not interested in engaging in an interview. He indicated that he was going home to jail and that is where he wanted to be because it did not bother him.

7. Based on the information provided in this affidavit, probable cause exists to believe that Monta Orlando JORDAN did unlawfully, knowingly, and intentionally attempt to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, both in violation of Title 21,

United States Code, Sections 846 and 841(a)(1).

FURTHER YOUR AFFIANT SAITH NOT.

*[signature]*

Ryan A. Sloan Task Force Officer
DRUG ENFORCEMENT ADMINISTRATION

Sworn to before me this the 11th day of August, 2017.

*[signature]*

Honorable Robert S. Ballou
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF VIRGINIA