# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

## CRIMINAL MINUTES -
## BOND HEARING/PRELIMINARY EXAM

Case No.: 7:17-MJ-00080                      Date: 8/21/2017

| Defendants: | Counsel: |
|---|---|
| Monta Orlando Jordan, custody | David Damico, CJA |

PRESENT:
- JUDGE: Robert S. Ballou
- Deputy Clerk: K. Brown
- Court Reporter: K. Brown/FTR
- U. S. Attorney: Don Wolthuis
- USPO: Mike Terry
- Case Agent: Joe Crowder, TFO DEA

TIME IN COURT: 1 hr, 25 min

## PRELIMINARY EXAM

☒ Preliminary Exam held. See below.
☒ Probable cause found. Order will enter.

## BOND HEARING

☒ Bond hearing held. See below.
☒ Defendant(s) remanded to custody.

Additional Information:
10:18
Parties present and represented by counsel.
Court addresses denial of Ex Parte Motion in Limine. The motion itself will remain sealed.

Opening statements.
Evidence. Joe Crowder, agent, sworn. Cross. Redirect. Rest. Amany Raya, deft's girlfriend, sworn. Cross. Court advises witness of her right to remain silent. Defendant asserts her 5th amendment right during a particular line of questioning. Court addresses witness. Deft moves in Exhibits 1-5, marked and admitted. Exhibit 3 sealed by the Court. Jeff Jeffries, uncle, sworn. No cross. Michael Jordan, deft's father, sworn. No cross. Deborah Jeffries Grigsby, aunt, sworn. No cross. Court addresses witness. Rest.
Argument.
Court addresses defendant.
Preliminary Exam: Evidence shows that authorities became aware of a FedEx package to be delivered to a home in Bedford, it was intercepted by authorities and it field tested positive for 2 different illegal substances. Drug bundles were replaced with fake bundles. The sham package was then delivered to same address and remained under surveillance. Evidence presented that deft picked up the sham package. Prior to taking deft into custody, deft attempted to get rid of the sham package. Probable cause found. Oral order to enter.
Detention: There is a presumption of detention in this case. Evidenc is same as above. The fact that the deft has health problems does weigh in deft's favor; however jail facilities can accommodate health issues. Deft has strong family support. Not a flight risk. Court's decision is made upon factor of dangerousness to the community. Criminal record is lengthy. First appeared in this court in 1994 for possession and was sentenced to 160 months. In 2002, while in prison, deft was charged with bodily injury and sentenced to 8 years. Released in 2011 and picked up in Louisiana for possession of cocaine shortly thereafter, and was then revoked. Came off of probation in May of June of 2017. In August of 2017, deft was charged in this instance offense-- possession of a pound of heroin and a pound of cocaine. This pattern of offenses suggests that deft has continuously remained in the drug business. The home plan involves a home that is valued around what it is currently mortgaged for, so there is no apparent equity in the home. The home is also where girlfriend's parents live, so not found to be a suitable property to put up for security. Court does not find any home plan that could be put in place that would assure the safety of the community. Government's motion for detention is granted. Defendant is remanded to the custody of the US Marshal.
Adjourned.
11:43