# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 7:17CR00056 -001, -003 |
| ) | |
| ) | |
| MONTA ORLANDO JORDAN ) | |
| CHELSEA MARIE FRY | |

## CRIMINAL PRETRIAL ORDER

It is hereby **ORDERED** as follows:

1. Criminal trials are generally scheduled to begin on Mondays. As such, the Clerk will schedule a final pretrial conference to be held no later than ten (10) days prior to trial.

2. It is expected that motions to suppress and motions in limine will be heard at the final pretrial conference.

3. All pretrial motions shall be filed by the parties **no later than twenty-one (21) days prior to trial**, pursuant to Rule 12(c) of the Federal Rules of Criminal Procedure. A motion must state the grounds on which it is based and the relief or order sought. Motions raising questions of law must be supported by legal memoranda filed contemporaneously therewith.

4. A party opposing a pretrial motion shall file its response and legal memorandum within seven (7) days of the filing of the motion.

5. Should the parties wish to schedule a hearing in this matter, they shall confer as to each party's availability and contact the Clerk (Kristin Ayersman/(540) 857-5153) to schedule a hearing.

**Updated: March 20, 2015**

6. The United States shall electronically file its proposed jury instructions and special interrogatories via CM/ECF seven (7) days prior to trial. If the defendant wishes to submit proposed jury instructions and special interrogatories, they are to be filed three (3) days prior to trial.

Enter: This 22nd day of January, 2018.

*/s/ Michael F. Urbanski*

Michael F. Urbanski
Chief United States District Judge