IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**UNITED STATES OF AMERICA**

v.  Criminal No. 7:17-CR-00056

**MONTA ORLANDO JORDAN**

Your petitioner, Monta Orlando Jordan, by his counsel respectfully shows:

1. That this case is a prosecution upon a superseding indictment, charging the Defendant with violations of multiple federal offenses including but not limited to 21 U.S.C. 846 and 841 (a).

2. That it is necessary to procure the presence of a certain prisoner, namely Chelsea Fry, before the United States District Court for the Western District of Virginia in Roanoke, Virginia on February 5, 2020 at 10:00 AM for an evidentiary hearing and that such prisoner is now in the custody of the Roanoke City Jail.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Testificandum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the witness before the Court in Roanoke on or before February 5, 2020 at 10:00 AM.

Dated:   January 27, 2020        Monta Orlando Jordan

                                By Counsel

1

       /s/Louis Kirk Nagy
       VSB #48605
       Law Office of Louis K. Nagy, PLC
       590 East Market Street
       Harrisonburg, Virginia 22801
       (t) (540) 705-0021
       (f) (540) 208-1690
       lnagy@nagylawva.com
       Counsel for the Defendant

---

**To:** **Roanoke City Jail**

     **324 Campbell Avenue SW**

     **Roanoke, VA 24016**

     **(540) 853-2621**

**GREETINGS:**

    WE COMMAND YOU that you surrender the body of Chelsea Fry, who is now detained in the Roanoke City Jail, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or on of his Deputies, or any other authorized United States Marshal, to the end that her body will be before the United States District Court for the Western District of Virginia in Roanoke, Virginia on the 5th Day of February, 2020 or at such other time or times as the District Court may direct.

**Entered:** _____              _____

                                               **United States District Judge for the**
                                               **Western District of Virginia**

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:**

**TO EXECUTE:**

**WE COMMAND** that you proceed to the Roanoke City Jail and remove therefrom the body of Chelsea Fry and produce her under safe and secure conduct before the United States District Court for the Western District of Virginia, at Roanoke, Virginia on the 5th Day of February, 2020, or at such other time or times as the District Court may direct.

_____

**Deputy Clerk**

**CUSTODY ASSUMED:**

**EXECUTED THIS \_\_\_\_ DAY OF _____, 2020**

**BY:** _____

**U.S. MARSHALL/DEPUTY**

**RETURNED:**

**EXECUTED THIS \_\_\_\_ DAY OF _____, 2020**

**BY:** _____

**U.S. MARSHALL/DEPUTY**

**SENTENCED STATE PRISONER?**        _____ (yes)     _____ (no)