CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 11 2020

JULIA C. DUDLEY, CLERK
BY: /s/ A. Slagle
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 7:17-CR-00056 |
| ) | |
| ) | By: Michael F. Urbanski |
| MONTA ORLANDO JORDAN, et al. ) | Chief United States District Judge |

## ORDER

This matter comes before the court on defendant Monta Orlando Jordan's ("Jordan") amended motion to suppress any evidence obtained pursuant to two search warrants for GPS vehicle tracking devices ("Search Warrants"). Def.'s Am. Mot. Suppress, ECF No. 193. Specifically, Jordan seeks suppression of all evidence obtained "as a result of or in relation to the GPS tracking devices" as "fruit of the poisonous tree." Id. at 7. The government responded, Gov't. Resp., ECF No. 199, and the court heard argument on February 5, 2020. For the reasons stated at the hearing and in the accompanying Memorandum Opinion, the court **DENIES** Jordan's motion. The government may introduce evidence obtained pursuant to the Search Warrants.

It is **so ORDERED**.

Entered: 02-11-2020

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge