| Audio | Call Number | Date | Time | Duration | Direction | Contact ID | Contact Name | Record Flag | Call Type |
|-------|-------------|------|------|----------|-----------|------------|--------------|-------------|-----------|



| Listen | 49 | 07/05/2017 | 16:48:26 | 00:03:14 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Voice |

Synopsis:

Incoming call from MYERS. JORDAN says he is on the highway going to grab that shit back (surveillance followed JORDAN to Greensboro). MYERS said he had a strange number call from a 571 area code. JORDAN told him he should probably get rid of that number. JORDAN said he may also get rid of his number because a girl had it and detectives called him about his car. JORDAN and MYERS discuss the 571 number that called MYERS. JORDAN tells MYERS that everything is lined up for the morning and they need to sit down and strategize. JORDAN says there are two "drains" (?) dropping tomorrow and they might happen at the same time and he wants to be there for both. JORDAN says one drop will be in Fincastle. MYERS makes a comment about an individual across the border. JORDAN mentions going to the Dominican Republic once he had 100 on stand-by. JORDAN mentions someone needs to come check things out before anything is picked up or passed out. MYERS talks about going to the automotive store to pick up glue. MYERS mentions using the glue to seal a compartment so it cannot be accessed by opening the trunk. JORDAN agrees.

Transcript:

UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 49
INCOMING: 5409154976
DATE: 07/05/2017
TIME: 16:48:26 - 20:51:40
PARTICIPANTS:

Jordan: What are you doing?
Myers: On the highway - God dang you making moves already?
Jordan: Yaa I didn't want to grab that dumb ass shit back
Myers: Awe MAN - you didn't give money boy access to your new phone did you?
Jordan: Why you say that?
Myers: Somebody is calling me from a strange fucking number man on this shit man a571 number
Jordan: A 571 number?
Myers: You might want to trash that number right there -
Jordan: Im fixin to trash this on right here that is the one that shorty was hitting me up on and the homicide not homicide but I mean detective hitting me up about my car too ... I m
Myers: The area code was 571 but that's a VA area code
Jordan: VA area code?
Myers: Ya and a 893-0558
Jordan: Did it your regular # or your other #
Myers: Oh no she don't have that shit, She is looking at the other one, she and seen that on that phone.
Jordan: Everything should be lined up in the morning, im going to get back tonight and strategies 2 joint driving tomorrow and they might drop at the same time. So I want to be on both lines. And one of is in Finncastle one drop.
Myers: Ok ok Damnnn -that mother fucker cross the border he didn't get his mother fucken people stoned god damn.
Jordan: Who was that.
Myers: Uh yaa 2 dudes.
Jordan: I ain't fuckin tripping, this is the good thing about this right here Im glad they put that in my hands, Im going to the mother fuckin DR, ya we have 100 on stand by if we need it
Myers: Yayayaya.
Jordan: You got to have it right here and somebody has to check it out, before I pick it up or pass up anything.
Myers: I might stop by the automotive joint to see if they have a nice automotive glue type shit there you cant get in to by the trunk and shit.
Jordan: Aw-ight that cool that's cool I'm going to get down the way.
Myers: I hit you when I get down the way -you know what it is.
Jordan: Alight you.



| - | 82 | 07/06/2017 | 09:20:01 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |

| Synopsis: | You ready? |
| Text Message: | You ready? |

| - | 83 | 07/06/2017 | 09:23:29 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Synopsis: | | | | | Yep | | | | |
| Text Message: | | | | | Yep | | | | |
| - | 84 | 07/06/2017 | 10:00:10 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | | | | Movn yet | | | | |
| Text Message: | | | | | Movn yet | | | | |
| - | 85 | 07/06/2017 | 10:00:20 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
| Synopsis: | | | | | Yep | | | | |
| Text Message: | | | | | Yep | | | | |
| - | 86 | 07/06/2017 | 10:00:26 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
| Synopsis: | | | | | Had to grab shorty | | | | |
| Text Message: | | | | | Had to grab shorty | | | | |
| - | 87 | 07/06/2017 | 10:30:07 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
| Synopsis: | | | | | One landed | | | | |
| Text Message: | | | | | One landed | | | | |
| - | 88 | 07/06/2017 | 10:30:10 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
| Synopsis: | | | | | In motion | | | | |
| Text Message: | | | | | In motion | | | | |
| - | 89 | 07/06/2017 | 10:30:20 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | | | | Ok | | | | |
| Text Message: | | | | | Ok | | | | |
| - | 90 | 07/06/2017 | 10:30:34 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
| Synopsis: | | | | | Time to work | | | | |
| Text Message: | | | | | Time to work | | | | |
| - | 91 | 07/06/2017 | 10:31:18 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
| Synopsis: | | | | | My ppl spot in 15 | | | | |
| Text Message: | | | | | My ppl spot in 15 | | | | |
| - | 92 | 07/06/2017 | 10:32:25 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | | | | Meet u der | | | | |
| Text Message: | | | | | Meet u der | | | | |
| - | 93 | 07/06/2017 | 10:33:32 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
| Synopsis: | | | | | Grab some benefiber | | | | |
| Text Message: | | | | | Grab some benefiber | | | | |
| - | 94 | 07/06/2017 | 10:33:47 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | | | | Ok | | | | |
| Text Message: | | | | | Ok | | | | |
| - | 95 | 07/06/2017 | 10:35:37 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
| Synopsis: | | | | | What up bro | | | | |
| Text Message: | | | | | What up bro | | | | |
| - | 96 | 07/06/2017 | 10:36:17 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
| Synopsis: | | | | | Shit wats good bro | | | | |
| Text Message: | | | | | Shit wats good bro | | | | |
| - | 97 | 07/06/2017 | 10:37:34 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
| Synopsis: | | | | | Both came thru | | | | |
| Text Message: | | | | | Both came thru | | | | |
| - | 98 | 07/06/2017 | 10:39:11 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |

|  | | Synopsis: | Ok bet can I get a whole 1 | | | | | | |
|  | | Text Message: | Ok bet can I get a whole 1 | | | | | | |
| - | 99 | 07/06/2017 | 10:39:40 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | I think so let me check out what's going on real quick | | | | | | | |
|  | Text Message: | I think so let me check out what's going on real quick | | | | | | | |
| - | 100 | 07/06/2017 | 10:40:01 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | Ok | | | | | | | |
|  | Text Message: | Ok | | | | | | | |
| - | 101 | 07/06/2017 | 10:41:50 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | What can you throw on it? | | | | | | | |
|  | Text Message: | What can you throw on it? | | | | | | | |
| - | 102 | 07/06/2017 | 10:42:57 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | 21 22 I will have rest in a day or 2 | | | | | | | |
|  | Text Message: | 21 22 I will have rest in a day or 2 | | | | | | | |
| - | 103 | 07/06/2017 | 10:44:02 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | My nigga.. | | | | | | | |
|  | Text Message: | My nigga.. | | | | | | | |
| - | 104 | 07/06/2017 | 10:44:14 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | What about that other? | | | | | | | |
|  | Text Message: | What about that other? | | | | | | | |
| - | 105 | 07/06/2017 | 10:44:24 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | I'm double checking it | | | | | | | |
|  | Text Message: | I'm double checking it | | | | | | | |
| - | 106 | 07/06/2017 | 10:44:36 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | Lol | | | | | | | |
|  | Text Message: | Lol | | | | | | | |
| - | 107 | 07/06/2017 | 10:46:43 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | 3 or 4 | | | | | | | |
|  | Text Message: | 3 or 4 | | | | | | | |
| - | 108 | 07/06/2017 | 10:47:19 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | 4 if possible | | | | | | | |
|  | Text Message: | 4 if possible | | | | | | | |
| - | 109 | 07/06/2017 | 10:51:25 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | Ok | | | | | | | |
|  | Text Message: | Ok | | | | | | | |
| - | 110 | 07/06/2017 | 10:51:33 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | Let me get it checked real good tho | | | | | | | |
|  | Text Message: | Let me get it checked real good tho | | | | | | | |
| - | 111 | 07/06/2017 | 10:51:41 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | Will be ready around 1 | | | | | | | |
|  | Text Message: | Will be ready around 1 | | | | | | | |
| - | 113 | 07/06/2017 | 11:10:17 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|  | Synopsis: | Ok bet | | | | | | | |
|  | Text Message: | Ok bet | | | | | | | |
| - | 114 | 07/06/2017 | 11:10:20 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Synopsis: | N motion | | | | | | | |
| Text Message: | N motion | | | | | | | |
| - | 115 | 07/06/2017 | 11:19:56 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
| Synopsis: | Ok let me know when you pulling up | | | | | | | |
| Text Message: | Ok let me know when you pulling up | | | | | | | |
| - | 120 | 07/06/2017 | 11:59:15 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
| Synopsis: | Let me know when you ready | | | | | | | |
| Text Message: | Let me know when you ready | | | | | | | |
| - | 121 | 07/06/2017 | 11:59:38 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
| Synopsis: | Ok ima hit u when I get 2 pc | | | | | | | |
| Text Message: | Ok ima hit u when I get 2 pc | | | | | | | |
| - | 126 | 07/06/2017 | 12:25:19 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
| Synopsis: | Bout 2 pull up over there in 5 mins | | | | | | | |
| Text Message: | Bout 2 pull up over there in 5 mins | | | | | | | |

| - | 477 | 07/09/2017 | 23:55:55 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|-----|------------|----------|----------|----------|--------------|---------------|-----------|------|

Synopsis: What up bro

Text Message: What up bro

| - | 478 | 07/09/2017 | 23:59:34 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|-----|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: Aint went 2 bed

Text Message: Aint went 2 bed

| - | 479 | 07/09/2017 | 23:59:48 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|-----|------------|----------|----------|----------|--------------|---------------|-----------|------|

Synopsis: You sleep?

Text Message: You sleep?

| - | 480 | 07/10/2017 | 00:03:00 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|-----|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: Im up

Text Message: Im up

| - | 481 | 07/10/2017 | 00:04:38 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|-----|------------|----------|----------|----------|--------------|---------------|-----------|------|

Synopsis: Ok I'm tired as fuck but gotta make this move

Text Message: Ok I'm tired as fuck but gotta make this move

| - | 482 | 07/10/2017 | 00:04:42 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|-----|------------|----------|----------|----------|--------------|---------------|-----------|------|

Synopsis: Take shorty that box

Text Message: Take shorty that box

| - | 483 | 07/10/2017 | 00:09:37 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|-----|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: Ok

Text Message: Ok

| - | 484 | 07/10/2017 | 00:09:52 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|-----|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: Thought u ben sleep

Text Message: Thought u ben sleep

| - | 485 | 07/10/2017 | 00:10:02 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|-----|-----------|----------|----------|----------|--------------|---------------|-----------|------|

Synopsis:       Nope

Text Message:   Nope

| - | 486 | 07/10/2017 | 00:13:40 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|-----|-----------|----------|----------|----------|--------------|---------------|-----------|------|

Synopsis:       Come thru

Text Message:   Come thru

| - | 487 | 07/10/2017 | 00:14:06 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|-----|-----------|----------|----------|----------|--------------|---------------|-----------|------|

Synopsis:       Ok

Text Message:   Ok

| - | 488 | 07/10/2017 | 01:05:12 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|-----|-----------|----------|----------|----------|--------------|---------------|-----------|------|

Synopsis:       Gotta get it frm doms

Text Message:   Gotta get it frm doms

| - | 489 | 07/10/2017 | 01:05:33 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|-----|-----------|----------|----------|----------|--------------|---------------|-----------|------|

Synopsis:       Ok

Text Message:   Ok

| Listen | 545 | 07/11/2017 19:39:24 00:01:11 | Incoming | (540) 819-8929 | PERRY HASH | Pertinent | Voice |

Synopsis:   Hash called Jordan, Jordan states he's currently in Mexico. Hash called Jordan to let him know that Big E just got some news toys and asked if they wanted them. Jordan replied by asking what does BiG E have, Hash replies that he doesn't know, but he can go and look at them, Jordan acknowledges and suggested to Jordan to go look at the toys, Hash acknowledges.

Jordan asked Hash if he got in touch with Shorty, Hash affirms and replies it was "good look," Jordan acknowledges.

Parties bid farewell.

Transcript:   UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 545
INCOMING: 5408198929
DATE: 07/11/2017
TIME: 19:39:24 - 23:40:35
PARTICIPANTS: PERRY HASH
MONTA ORLANDO JORDAN

[TELEPHONE RINGS]
JORDAN: Yo'
HASH: What's good?
JORDAN: Yo'.
HASH: What's good wit' you?
JORDAN: Nothing over here, over here in Mexico chillin'.
HASH: Oh. Oh, ol' boy just called me and say he got some, he got some new toys, he say and look if I want 'em.
JORDAN: Oh, keep... which one?
HASH: Big E.
JORDAN: E?
HASH: Yeah, big E.
JORDAN: Oh, from some [U/I].. What all, what all he got?
HASH: I don't know he want me to come through and look.
JORDAN: Oh, yeah, go check 'em out.
HASH: A'ight.
JORDAN: Let me know, yeah let me know [STUTTERS] what he got.
HASH: A'ight.
JORDAN: Alright. Did you holler at Shorty?
HASH: Yeah, yeah, yeah. That was, that was good look...
JORDAN: Why [LAUGHS]. [U/I].
HASH: Yeah, yeah, that was good look. A'ight.
JORDAN: Alright.
HASH: Bye.

[END OF CALL]
TRANSCRIBER: IGNACIO ARANDA

| Listen | 546 | 07/11/2017 20:35:05 00:02:13 | Unknown | | | Pertinent | Voice |

Synopsis:   Hash informs Jordan the guy has all tactical stuff (DRACO) and big shit. Jordan informs Hash he doesn't know what the DRACO is, Hash replies it something that is nasty, Jordan acknowledges.

Hash informs Jordan he didn't know what a DRACO was until it was shown to him, the price for it is 550.00 and the owner has five [5] clips for it and it can shoot about 100 rounds.

Jordan asked Hash what else was on hand, Hash replies that there are much more Tactical rifles with scopes, Jordan acknowledges and replies he would like a small rifle.

Hash informs Jordan he can get the rifle for him if he wants to purchase it, Jordan asked Hash to get the rifle for him. Hash informs Jordan he's got pictures of the rifles, but he doesn't want to send them to older phones, Jordan acknowledges.

Jordan asked Hash to send him the names of the weapons and he can look at the guns, Hash replies he's going to ask and he's going to call him (Jordan) later, Jordan acknowledges.

Transcript:    UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 546
UNKNOWN: 5408550938
DATE: 07/11/2017
TIME: 20:35:05 - 20:37:19
PARTICIPANTS: PERRY HASH
MONTA ORLANDO JORDAN


[TELEPHONE RINGS]
JORDAN: Yo'.
HASH: Hey.
JORDAN: Yo'.
HASH: Shit, uh, he got, he got, uh, some, uh, some tactical shit. He got a draco, he got some big shit.
JORDAN: [I/A].
HASH: Huh?
JORDAN: You say... what's it called again?
HASH: He, he... you know what the draco is don't you?
JORDAN: Nah.
HASH: That mother fucker right there is nasty as hell. I didn't even know what it was until he showed me.
JORDAN: [LAUGHS]. [U/I].
HASH: That mother fucker, that mother fucker in there... but, uh, he want five hundred and fifty [550] for that mother fucker. He got like five [5] clips for it, that mother fucker shoots like a hundred [100] rounds.
JORDAN: [I/A]. Yeah, what else he got?
HASH: Huh?
JORDAN: He got...?
HASH: Oh, I can't hear you.
JORDAN: Oh, what else he got?
HASH: Eh, not a bunch of mother fucking damn tactical rifles.
JORDAN: More rifles?
HASH: Yeah. Them mother fuckers, them mother fuckers nasty... straight tactical shit.
JORDAN: Are they real big or are they small or what?
HASH: A couple of 'em small, then a couple of 'em big. Big ass, uh...
JORDAN: [U/I].
HASH: Scopes on 'em and everything.
JORDAN: I wanna... I [STUTTERS] I wouldn't mind one of the small ones like the draco.
HASH: Alright. Yeah he got the... he want, he want five [5], fifty [50] for that draco.
JORDAN: Oh, that's cool. Tell him, tell him you want that. You think he can hold that joint?
HASH: Alright. I mean, I got it, if you want me to get it 'til you get back.
JORDAN: Yeah, yeah, yeah, please get that joint.
HASH: Alright.
JORDAN: [U/I] he's got a draco and shit, I wanna [U/I] up the joint. I mean [U/I] small other tactical joint.
HASH: Yeah, I, I, I took a picture, but I don't even wanna know...
JORDAN: [U/I].
HASH: If I wanna send a picture on them older phones though.
JORDAN: Yeah [STUTTERS]. Uh, damn, you got [U/I] don't you?
HASH: Huh?
JORDAN: [U/I]. Don't even worry about it. The, uh, [STUTTERS] the name of it, I mean, I'll look it up if you tell me the name of it.
HASH: Alright let me call him and see if he can tell me the other names of them other guns.
JORDAN: Alright.
HASH: Alright.

[END OF CALL]

TRANSCRIBER: IGNACIO ARANDA

| Listen | 547 | | 07/11/2017 | 20:39:09 | 00:00:56 | Unknown | | Pertinent | Voice |
|---|---|---|---|---|---|---|---|---|---|

| Synopsis: | Hash informs Jordan it's a GSG-522 and the other one is an SKS, Jordan acknowledges and informs Hash he's going to check them out and call him back, Hash acknowledges. |
|---|---|
| | Duplicate call from 549 |
| Transcript: | UNKNOWN/ |

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 547
UNKNOWN: 5408550938
DATE: 07/11/2017
TIME: 20:39:09 - 20:40:06
PARTICIPANTS: PERRY HASH
MONTA ORLANDO JORDAN

JORDAN: Yo'.
HASH: A'ight, you got something to write this down?
JORDAN: [U/I].
HASH: Or can you remember this, uh, g., s., g., five [5], twenty two [22].
JORDAN: G., s., g.?
HASH: G., s., g., five [5], twenty two [22]. Five [5]…
JORDAN: Oh. G,. s., g., five [5], twenty two [22], hold on. G., s., g., five [5], twenty two [22]?
HASH: Yeah, five [5], twenty two [22], that's the [U/I].
JORDAN: Yeah. Yeah.
HASH: And then, the other one is an s., k., s.
JORDAN: Okay. Got 'em, I'm gonna check 'em out.
HASH: Alright. Well, call me back.
JORDAN: Alright.
HASH: Alright.

[END OF CALL]
TRANSCRIBER: IGNACIO ARANDA

| Listen | 551 | | 07/11/2017 | 20:44:56 | 00:01:12 | Incoming | (540) 819-8929 | PERRY HASH | Pertinent | Voice |
|---|---|---|---|---|---|---|---|---|---|---|

| Synopsis: | Hash informs Jordan that for the GSG it's 450.00, because it's got the drum and 2 clips plus the laser and the laser is worth 200.00 on it's own since you can switch it from red to green, Jordan acknowledges. |
|---|---|
| | Jordan informs Hash he wants both of them (rifles), Hash acknowledges. Jordan instructs Hash to give him half (money) for them right now and then he'll pay the rest. Hash informs Jordan he's going to pick them up tomorrow after, because he (Pos. BIG E) gets off work at 3:00, in addition. Hash informs Jordan he has to take money out of the bank, Jordan acknowledges. |
| | Jordan instructs Hash to also get the SKS, Hash acknowledges. |
| Transcript: | UNKNOWN/ |

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 551
INCOMING: 5408198929
DATE: 07/11/2017
TIME: 20:44:56 - 00:46:08
PARTICIPANTS: PERRY HASH
MONTA ORLANDO JORDAN

[TELEPHONE RINGS]
JORDAN: Yeah. Hey…
HASH: Hey, for the, for the g., s., g., joint he say he want four [4], fifty [50], 'cause it's, it's got the the, the drum and two [2] clips and the laser. He say he's got that… the laser is worth two hundred [200] by itself, 'cause you can switch it from green or red.
JORDAN: Alright. Tell him I'm cool for a thousand [1000] for both of 'em. A'ight it's cool.
HASH: So, you want both of 'em?
JORDAN: Yeah. Just give him half like that…
HASH: A'ight.
JORDAN: For 'em, because I'll give him the other half. I'm trying to… I'd try to give 'em to you today, but I'm more [U/I] it'd probably be tomorrow [U/I] the money to you.
HASH: Oh, no, I ain't pickin' 'em up 'til tomorrow, 'til we get off work.
JORDAN: A'ight.
HASH: He don't get off 'til three [3:00] sometin'. So, 'cause I gotta, I gotta get the money out the bank anyway.
JORDAN: A'ight, that's cool. Yeah go [U/I] go for that [U/I]. Shit I'm looking for that s., k., s., I might get that, I'm gonna see and look at it and check it out.
HASH: Yeah. If you look it up, it's, it's like a little small black one. That mother fucker is nasty too.
JORDAN: Well let's [U/I] too.
HASH: Yeah.
JORDAN: Well, tell him you want that one too. How much he want for that one?
HASH: A'ight.
JORDAN: Alright.
HASH: Alright.

[END OF CALL]
TRANSCRIBER: IGNACIO ARANDA

| Listen | 599 | | 07/12/2017 | 14:20:02 | 00:01:07 | Incoming | (540) 819-8929 | | PERRY HASH | Pertinent | Voice |

| Synopsis: | HASH to JORDAN<br>[BAD RECEPTION]<br>Parties greet.<br>HASH informs JORDAN he spoke to one of his people, Scott and he said he would not pay that amount for those joints (weapons, per previous calls), goes on to say you can get that DRACO for 600 brand new. JORDAN acknowledges and tells HASH to do what ever he wants to do. HASH says he will get them if JORDAN wants him to get them.<br>JORDAN says [U/I] do 500 or something, 450 or something. HASH says okay, he will check with third party. JORDAN tells HASH to go ahead and get them either way.<br>End of Call. |
|---|---|
| Transcript: | UNKNOWN/<br><br>RRO / GP-25 WIRE: 5408550938<br>PHONE: 5408550938<br>CALL: 599<br>INCOMING: 5408198929<br>DATE: 07/12/2017<br>TIME: 14:20:02 - 18:21:09<br>PARTICIPANTS: MONTA ORLANDO JORDAN<br>PERRY ANTWANN HASH<br>TRANSCRIBER: C. HARO-CAMPBELL<br><br>[TELEPHONE RINGS]<br>[BEGINNING OF CONVERSATION]<br>JORDAN: Hello.<br>HASH: Hey.<br>JORDAN: Yeah.<br>HASH: I was hollering at one of my peoples, you know Scott.<br>JORDAN: Yeah.<br>HASH: Scott said he wouldn't pay that for none of those joints.<br>JORDAN: He wouldn't?<br>HASH: Nah. He said, "man you can get those… uh Draco, six hundred (600) brand new.<br>JORDAN: Oh really?<br>HASH: Yeah.<br>JORDAN: [U/I]<br>HASH: Huh?<br>JORDAN: [AUDIO DISTORTED] I mean whatever you want to do.<br>HASH: I mean if you want me to get them, I'll get them though.<br>JORDAN: [U/I] do four (4) fifty (50)… five hundred (500) or something, four (4) fifty (50).<br>HASH: Yeah.<br>JORDAN: Four (4) fifty (50) … four (4) fifty (50) or something.<br>HASH: All right, I'll check with him.<br>JORDAN: All right just let me … just and then … go ahead and grab them though.<br>HASH: All right.<br>JORDAN: All right.<br>[END OF CONVERSATION] |



| Listen | 610 | | 07/12/2017 | 19:39:18 | 00:06:15 | Incoming | (540) 819-8929 | | PERRY HASH | Pertinent | Voice |

| Synopsis: | Perry informs Jordan he got stopped and is going to need a lawyer.<br><br>Perry informs Jordan the police was racially profiling him, the cop was looking for a probable cause. Perry informs Jordan he didn't consent to the search of his car.<br><br>Perry informs Jordan the office just made up a reason to search him.<br><br>Perry informs Jordan the cop found them (pos. weapons) in his car, Jordan replies to Perry he's going to need a lawyer.<br><br>Perry informs Jordan the magistrate informed him the stop would've not been a big deal if he (Perry) was not a convicted felon. Jordan asked Perry to retain a lawyer and ask the lawyer to ask the police to preserve the recording of his stop.<br><br>Jordan informs Perry he's going to text him instructions as to what he needs to do tomorrow before he goes in for arraignment, Perry acknowledges.<br><br>Parties bid farewell. |
|---|---|
| Transcript: | UNKNOWN/ |

RRO / GP-25 WIRE: 5408550938

PHONE: 5408550938

CALL: 610

UNKNOWN: 5408550938

DATE: 07/12/2017

TIME:

PARTICIPANTS: PERRY HASH

MONTA ORLANDO JORDAN


[TELEPHONE RINGS]

JORDAN: Yo'.

HASH: Man, I need a lawyer.

JORDAN: I can't hear you.

HASH: I said, I'm a, I'm a need me a lawyer, homeboy.

JORDAN: Why what's up?

HASH: Man, the mother fucking law… police officer pulled me over right after I had text you, right?

JORDAN: You got that?

HASH: Talkin' about… Yeah and shit, they got it. Mother fucker talkin' about, uh, he had pulled me over for the tint in my car, I ain't, I ain't, I ain't even got no tint on my, uh, Magnum. I say, you racially profiling me. So, I told him he couldn't search my car he said, "well, I, I smell weed," I said, you don't smell shit in this car.

JORDAN: Fuck that.

HASH: Huh?

JORDAN: Where was that?

HASH: On, on Peter street road. He said, he said… after he said he pulled me over for tint, right? I said, no…

JORDAN: Yeah.

HASH: You're lying, 'cause I ain't got no tint on this car. Then, after, uh, he called me back up to his car, right?

JORDAN: Yeah.

HASH: He said, uh, I smell, I smell weed in your car, and I said, you don't smell no weed, I said, you, I said you, you lying, I said we walk your dog around my car and if I see your dog hit, hit at the car then, then you can search my car. I said, there ain't notin' in my car for your dog to, to hit or notin'. He said, "I don't need to… I don't need to walk my dog around your car, 'cause I smell weed myself." I said, you don't smell no weed, you lyin'. I said, you just racially profilin' me. So, he was like, "I won't… no… nah… I don't need…" I said… he said, "I don't need your permission if I smell weed, I can search your car." So, I'm a, I'm a, I'm a get a lawyer, man. 'Cause I mean, that, that, that's illegal search and seizure, man, for real.

JORDAN: Yeah it is.

HASH: And…

JORDAN: [U/I].

HASH: And, and, and look, and he, uh, he brought me in his car, right? I sat on the inside of his car.

JORDAN: Yeah.

HASH: So it was, it was recording. I said, you don't smell no weed in my car. And, and you know, there ain't no tint in my windows so you pulling me over is bullshit why you pulling me over. So they need to… they need to pull that recording up so that, so that dude that [STUTTERS] he, he, he's [U/I] he's illegally searching, 'cause I told him to walk the dog around the car… he wouldn't, he said, "I don't need to." I said, 'cause you're lying, you don't smell no weed.

JORDAN: So, [U/I] you told him no and he still went ahead?

HASH: Yeah, I told him, no. I, I told him he couldn't search my car. He said, oh, uh…

JORDAN: Man.

HASH: He said, "I can search your car, 'cause I smell weed." I said no, you can't, you can't search my car, 'cause you don't smell no weed. So, Teresa had to bond me out for, uh, two hundred and fifty [250] dollars.

JORDAN: That's wild as hell.

HASH: Yeah. As soon, as soon as I left…

JORDAN: Did you get his name? The officer…?

[DIALING SOUNDS]

HASH: Huh? It was a state trooper, it was a state trooper.

JORDAN: A state trooper?

HASH: Yeah. Pulled me over on Peter street and then he gonna say, he said, "well, the reason I followed you, 'cause you changed lanes on Winston road

and didn't signal." I said, you lyin' I didn't even change lanes on Winston road, I stayed in the same lane.

JORDAN: That's crazy as hell, bro.

HASH: Yeah. That's… I mean, he, he, he, he, he racially profiling me, he made a reason to search my car and that's when they found the joints.

JORDAN: [U/I].

HASH: Huh?

JORDAN: He, he pulled by you on Peter street?

HASH: Hold on, I can't hear I'm gonna walk in the store.

JORDAN: Alright. He, he pulled, he pulled behind you on Peter street?

HASH: Yeah. He, he, he, he got behind me on way, way down Peter street near the Honda dealership, but he said I changed lanes way up on Winston road. I'm way down…

JORDAN: Huh.

HASH: I'm way down near the Honda dealership on, on, on Peter street when he finally pulled me over.

JORDAN: Yeah.

HASH: That's then he popped up behind me.

JORDAN: That's wild as hell.

HASH: Yeah.

JORDAN: Where, they put up or… wha-wha-what they do?

HASH: They were, they were, they were in the back, you know, covered up, covered or whatever and, well he found the joints and they was, uh… I gotta go to court for arraignment tomorrow.

JORDAN: What did they charge you with possession?

HASH: Yeah, they charged me with possession.

JORDAN: As long as [U/I] [MUMBLES] you gotta fight that joint [U/I] they where they was at.

HASH: Huh?

JORDAN: As long as they notin', but… they stay right there in state.

HASH: Oh, yeah, yeah.

JORDAN: But you still gotta get a lawyer though.

HASH: Yeah. But he, uh… I mean, the magistrate said, you know, he said, it, it ain't notin'… it wan't notin' serious if I would've had… if I wouldn't have been a convicted felon it wouldn't have been nothing serious though. So, [U/I] is sayin' he was sayin' [U/I] in my car.

JORDAN: Yeah he could say… [U/I] could say that.

HASH: Yeah.

JORDAN: Yeah. You gotta definitely get a [U/I] I guess.

HASH: Yeah. But I… I mean, I…

JORDAN: I mean, that [U/I] that mother fucker [U/I] I got your back on it. On that right there. That's crazy though.

HASH: Yeah. That's crazy as hell.

JORDAN: Uh-huh.

HASH: I was like, man…

JORDAN: You actually, you actually need a… for real, [U/I] [MUMBLES] get a lawyer or retain a lawyer [U/I] [STUTTERS] actually the recording right there and make sure they preserve that.

HASH: So, tell them to give me a lawyer?

JORDAN: [U/I].

HASH: Huh?

JORDAN: [Aside: [U/I] please. [U/I].] Yo'.
HASH: So, you saying I need to tell 'em to give me a lawyer?

JORDAN: Yeah. Get you a… no [U/I] to go retain a lawyer [U/I] about a hundred [100] and something dollars. Retain a lawyer and have him… when you go to court and, and, when, he, uh, mention for the record…. tell your lawyer that you would like to preserve, that you would like to preserve the, uh, uh, uh, police calls, uh, audio and video, uh, visual, uh, tape.

HASH: A'ight. So after I talk…

JORDAN: So make sure that you, make sure that you preserve that…

HASH: Alright, I'm gonna try to, I'm gonna try to get with so… to get with somebody tomorrow, 'cause I got to, I go to court at one, thirty [1:30].

JORDAN: [U/I].

HASH: I have to get on [U/I].

JORDAN: [U/I] [STUTTERS] want me to text that to you again so you won't forget?

HASH: Yeah, text that to me.

JORDAN: [U/I] 'cause I'm going up in the mountains and I might lose the signal. So, I'm gonna text that to you right now.

HASH: Yeah text it to me.

JORDAN: A'ight.

HASH: A'ight.

[END OF CALL]

TRANSCRIBED: IGNACIO ARANDA

| Listen | 628 | 07/13/2017 | 11:16:31 | 00:05:15 | Incoming | (540) 819-8929 | PERRY HASH | Pertinent | Voice |

Synopsis:  HASH to JORDAN
HASH informs JORDAN he spoke to Chris Kowalczuk (Attorney) and he sounds pretty good, he (Chris) told HASH he wasn't going to need him right now, just go into court and tell the judge HASH is going to hire his own lawyer and needs around 3 weeks. JORDAN acknowledges and says he (Chris) is a good lawyer.
JORDAN says [U/I] (AUDIO DISTORTED). HASH tells JORDAN his phone sounds bad.
JORDAN says HASH needs to tell them to make sure they keep that video and audio tape because it's critical to HASH defense. HASH says he will tell him (Chris) himself because HASH is going to go see him afterwards (arraignment) at 2:00pm. Both continue to discuss HASH making sure they preserve the video and audio tape of the traffic stop.
HASH talks about how this guy (Chris) was interested and telling HASH to come in but the other guy (poss atty JORDAN recommended) wanted 1500 right now and HASH doesn't have cash right now.
JORDAN says Kowalczuk is real good. HASH agrees but says he (Kowalczuk) will probably costs more than 3,000. JORDAN agrees and tells HASH that wont be no problem, goes on to talk about Kowalczuk and how good he is working with he people. Talk ensues about Kowalczuk.
JORDAN asks if HASH appointment (court appearance) is at 1:30 and if HASH was going to go see him (Kowalczuk) at 2:00. HASH affirms.
Both parties continue to talk about the stop and how JORDAN hopes the video and audio heard everything.
HASH talks about the cop telling HASH he (cop) smelled marihuana in the car and for having dark tint, HASH told the cops there is no smell of marihuana in the car and the car has no dark tint. HASH goes on to say there was no bullets, no clips on the guns. JORDAN says he can say he (HASH) had no knowledge they (guns) were in there. HASH agrees.
JORDAN tells HASH to let him know once he's done from the arraignment, adding if he doesn't answer it's because he has no signal. HASH acknowledges.
End of Call

Transcript:  UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 628
INCOMING: 5408198929
DATE: 07/13/2017
TIME: 11:16:31 - 15:21:46
PARTICIPANTS: MONTA ORLANDO JORDAN
PERRY ANTWANN HASH
TRANSCRIBER: C. HARO-CAMPBELL


[TELEPHONE RINGS]
[BEGINNING OF CONVERSATION]
JORDAN: Yo.
HASH: Hey I talked to ugh .. Chris Kowalczuk.
JORDAN: Yeah.
HASH: He sound pretty good. He told me… he said uh…
[VOICES OVERLAP]
JORDAN: He good.
HASH: He said, "You don't need me right now". He said, "You just go in there and tell … tell the judge you want to hire your own lawyer and you might need around three (3) weeks".
JORDAN: Yeah but [U/I] [AUDIO DISTORTED]
HASH: Huh?
JORDAN: [U/I] [AUDIO DISTORTED]
HASH: Your phone breaking up bad.
JORDAN: Hold on. You should have called him and tell him, "Hey look man, [AUDIO DISTORTED][U/I] .. put this as part of the record. Because this … it shows that you're letting them know that you want them to make sure that they preserve it. Make sure they keep that video tape and audio tape also 'cause it's critical to your defense.
HASH: Oh yeah … well I can say that myself 'cause he want me to come see him at two o'clock (2:00) when I … when I leave out of there.
JORDAN: Yeah that's cool, yeah. Okay you can say that yourself but make sure you tell them, "Look, I know it's early and I know it's not the appropriate time but I would like to … I guess ask the ques– uh… could I actually order the state to preserve their video and audio tape of the traffic stop because it's going to be critical to your defense.
HASH: All right.
JORDAN: What he can do … I mean usually what… they can't … I mean being that he, he's just a regular judge, he's not even assigned to the case. It's not even, it's not even certified because it was a felon. They gotta go up and down, 'cause it's an upstairs. All they're going to do is, "well you know it's kind of early but what I can do is ask that the state … make sure that the State Police preserve that so that it can be part of it. 'Cause if anything end of happening to the State, I mean to that video tape later on it, it will be a real big issue.
HASH: All right.
JORDAN: You can say, you can say, "Hey I told these people the [U/I] … Hey make sure this video tape is preserved so if something happens to it, then they make it look like they did it on purpose.
HASH: Yeah. All right. Yeah 'cause when I was talking to him on the phone, he like, "Come here. Come here". The other guy …
[VOICES OVERLAP]
JORDAN: He …
HASH: … the other guy he, he trying to get somebody [U/I] … he want fifteen hundred (1500) right now. I was like nah I aint got no [U/I] right now.
[VOICES OVERLAP]
JORDAN: He just wants some money. But Kowalczuk is good, now.
HASH: He's probably, he's probably, he's probably gonna be more than three thousand (3,000), though.
JORDAN: Yeah we get that my man. We get that right there. That aint no problem. It's going to be more than three thousand (3,000). That will be definitely more than three thousand (3,000).
HASH: Yeah.
JORDAN: The only thing about it is just… just … I mean, he's.. he's one of those dudes that, I aint gonna say work with the people but he's gotta uh… he's got a good [U/I] [AUDIO DISTORTED] with the police down there. You know. He [U/I] and call the police and ask "Hey man, what's going on with the guy right here, man. Why you uh … I mean, can we get him a good deal? Can we give him a break? Something like that. He has a good dialogue with the police and all those shit down there.
HASH: Oh all right.
JORDAN: Yeah. I mean as long as they just stay and focus on your charge and everything it's all good, though. He's a good mother fucker though, I heard.
HASH: All right.
JORDAN: You're supposed to see him at two (2:00) right?
HASH: Huh? Yeah, two o'clock (2:00).
JORDAN: You're supposed to see him at two (2:00)?
HASH: Yeah.

JORDAN: And you're doing it at one thirty (1:30), right?
HASH: Yeap.
JORDAN: All right. That's cool.
[VOICES OVERLAP]
HASH: Yeah 'cause he said all I'm gonna say is I'm getting my own lawyer.
JORDAN: Right.
HASH: I need about three (3) weeks.
JORDAN: Yeah. They gonna definitely do that right there. [U/I] State police [AUDIO DISTORTED][U/I] they aint have no direct... direct ties to the uh ... any local police. So I mean, from what you saying that [U/I]. Hey yo, when he came to your truck ... [SIGHS] I'm hoping that mother fucking camera, that camera heard everything. That's what I'm hoping.
HASH: But I said everything in the car. I said, "man..." I said, "you [U/I]." He took me to the car and that's when he said he smelled, when we was in the car he said, "I'm gonna be honest with you I smelled the aroma of marihuana." I said, "You aint smell..." I said man, "you lying twice. You come to my car saying you pulled me over for dark tint and there aint even no tint on my car and now you trying to say you're smelling marihuana." He said, "You aint gonna call me no liar". Hell I said, "well, you don't know... " I said, "You don't know what you smell 'cause there aint no marihuana in this call at all."
JORDAN: Ah.
HASH: I said all of that in the car.
JORDAN:
HASH:
JORDAN:
HASH:
JORDAN:
HASH:
JORDAN:
HASHS:
JORDAN:

| Listen | 641 | 07/13/2017 | 14:18:00 | 00:02:44 | Incoming | (540) 819-8929 | PERRY HASH | Pertinent | Voice |

**Synopsis:** HASH to JORDAN
HASH informs JORDAN the attorney indicated it's going to be expensive, it's going to be around 5500. HASH goes on to say the attorney said he was going to need a court reporter for general district court to box in the officer. [BACKGROUND: THIRD PARTY informing HASH they are going to need a court reporter]
JORDAN is asking if the transcript for the arraignment today is transcribed and if the attorney can get it. HASH said nothing was really said this morning at the arraignment, all they said was set the court date. JORDAN just wants to make sure they send that video tape and make sure its on record. HASH says, once he hires the attorney he is going to request to get the tape. JORDAN says okay that's cool.
JORDAN asks if he is on speaker phone. HASH says no, hold on.
JORDAN suggest HASH get a second opinion. HASH says no, this attorney is right. JORDAN acknowledges. HASH says he didn't get a good vibe from the other one (attorney). JORDAN says okay that's cool.
JORDAN and HASH reiterate about attorney requesting the video tape and asking for a suppression hearing.
JORDAN tells HASH not to tell him (attorney) about Johnny (PH), not yet anyway. HASH says no.
HASH says the hearing is for Aug 2 and the attorney needed the 55 (5500) before then. JORDAN says that's cool, that's not a problem.
[BACKGROUND: HASH talking to unknown party]
HASH says he will call JORDAN.
End of call

**Transcript:** UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 641
INCOMING: 5408198929
DATE: 07/13/2017
TIME: 14:18:00 - 18:20:44
PARTICIPANTS: MONTA ORLANDO JORDAN
PERRY HASH


[TELEPHONE RINGS]
JORDAN: Yo'.
HASH: Hey, he said it's gonna be expensive, it's gonna be like fifty five hundred [5500], ' cause I'm a... he's gonna need to... [ASIDE: get a what?].
[BACKGROUND: UM: court report for general district.]
HASH: A court... he's gonna need a court reporter for general district court and... to box in the officer...
JORDAN: Uh, ask him, ask him was the transcripts... I mean was the proceedings today... was the arraignment transcribed. I mean, was it, uh, transcribed?
HASH: The proceeding today?
JORDAN: Yeah. Ask him was the arraignment... could he get, the, uh, uh, transcripts for the proceedings today, for the arraignment.
HASH: I mean, they really ain't say notin' in the arraignment. All they did was say what, what the court date is.
JORDAN: Uh, you still, well, you still want, want that record of what the judge told you and make sure they ain't, that they hadn't made up... destroyed that record, uh, that video tape.
HASH: Oh, he said he, he ready to send that in now, uh, when I, uh, hire him. He's sending that off now to get the tape.
JORDAN: Alright. That's cool. [U/I] [MUMBLES]. Now I... am I on speaker phone?
HASH: Nah, hold on. Yeah.

JORDAN: Alright, nah, just, just you still wanna do, uh, get a second opinion from another lawyer that you got, uh, the appointment with next week. [U/I].
HASH: [U/I] no, but the, the, the, man, I'm telling you, this one, this one is right.
JORDAN: Yeah. Alright, alright.
HASH: Yeah, 'cause I, I, I really didn't get a good vibe from the other one.
JORDAN: Oh, yeah, for real [U/I].
HASH: Yeah.
JORDAN: Not for you. If you need help now, you need help now.
HASH: Yeah. And he called... I mean...
JORDAN: [U/I].
HASH: [U/I].
JORDAN: [U/I] send out to get it. To preserve it or send a motion in form to keep it or whatever.
HASH: Yeah. And then, uh, wha-what you say to a suppression?
JORDAN: Yeah, suppression.
HASH: A suppression hearing?
JORDAN: [U/I].
HASH: And a trial.
JORDAN: Yeah. [U/I] [STUTTERS] [MUMBLES] send a bunch of [U/I] anywhere.
HASH: Huh?
JORDAN: Don't set a [U/I] anywhere.
HASH: No, nah.
JORDAN: Not yet anyway.
HASH: Nah, he say he don't even need it. But, uh...
JORDAN: Yeah.
HASH: What about, uh...? he say I gotta have the, uh, attitude for [U/I].
[BACKGROUND: UM: For whatever the date of court [U/I].]
JORDAN: Oh, that's good.
[BACKGROUND: UM: You gotta have the, you gotta have the [I/A].]
HASH: I gotta have the fifty five [55] before August second [2nd].
JORDAN: Alright, that's cool. That ain't no problem.
[VOICE IN THE BACKGROUND IS UNINTELLIGIBLE]
HASH: The eleventh [11th] of August.
[VOICE IN THE BACKGROUND IS UNINTELLIGIBLE]
HASH: [ASIDE: Oh, okay. Okay.]
JORDAN: Alright.
[VOICE IN THE BACKGROUND IS UNINTELLIGIBLE]
[BACKGROUND: UM: A couple of weeks.]
HASH: [ASIDE: Alright. A'ight. Sounds good.]
JORDAN: Alright.
HASH: Alright. I'll call you.
JORDAN: Alright [U/I].
HASH: Alright.

[END OF CALL]
TRANSCRIBER: IGNACIO ARANDA

| Listen | 657 | 07/13/2017 | 18:10:16 | 00:11:01 | Incoming | (540) 819-1017 | RAYA, Amany | Pertinent | Voice |

**Synopsis:** Amany asked Jordan what he was talking about and if he was referring to an address and if the thing arrived, Jordan replies the thing arrived, but it was a day late. Amany informs Jordan that the post office never tracks things correctly, because their funding has been cut severely. Amany informs Jordan that the post office has gotten so much money cut from funding that their service is bad. Amany informs Jordan that UPS sand FEDEX are always trustworthy and thorough.

Amany asked Jordan if someone went a grabbed the thing, because she tried to call back Jeff Junior so she can inform Jeff she's going to drop off the key to him, but Jeff has not answered her and she still has the key in her possession. Amany informs Jordan she does not want to hold on to the key for too much longer, because if something comes up missing she's going to be blamed for it.

System minimized the call.

Amany informs Jordan she's happy Jordan is no longer worrying about that.

Amany informs Jordan if he's still coming back when planned, Jordan replied he's going to be coming back Saturday or Sunday.

Amany asked Jordan if he's in the middle of a fiesta, Jordan replies that he needs to get back to wearing shorts.

Jordan informs Amany he's looking at something that makes him want to go to sleep. No reply.

Jordan informs Amany he's going to go and play some instruments.

Call gets cut off.

**Transcript:** UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 657
INCOMING: 5408191017
DATE: 07/13/2017
TIME: 18:10:16 - 22:21:17
PARTICIPANTS: AMANY RAYA MONTA JORDAN
RAYA: HEY, NOW WHAT YOU SAY WHAT HAPPENED MONEY GOT CAUGHT UP WHAT YOU TALKING ABOUT SWEETIE
JORDAN: IT DID GET CAUGHT UP IM LYING. I AINT GONE SAY IM LYING BUT IT DIDN'T NEVER MIND I WAS TELLING YOU EARLIER BUT YOU WASN'T I GUESS YOU WASN'T PAYING ATTENTION.
RAYA: I WAS TRYING PAY ATTENTION BUT YOUR PHONE WAS BREAKING UP AND STUFF I AIN'T UNDERSTAND WHAT YOU WAS TRYING TO SAY
JORDAN: MAN THESE MOTHER FUCKERS
RAYA: OH NAH NAH NAH OKAY YOU WERE TELLING ME SOMETHING SO IT GOTTA DO WITH WHAT YOU WERE TELLING ME EARLIER WHERE SOMETHING WAS SUPPOSED TO BE SENT TO THAT ADDRESS BUT IT GOT CAUGHT UP IS THAT THE SAME THING YOUR TALKING ABOUT OR IS THAT DIFFERENT HUH? TA? MONTA?
JORDAN: HELLO
RAYA: HELLO
RAYA: HEY CAN YOU HEAR ME?
JORDAN: ARD YEA I HEAR YOU
RAYA: NOW I WAS SAYING IS THAT THE SAME THING YOU WERE TELLING ME ABOUT EARLIER THAT SOMETHING WITH THE ADDRESS AND THAT IT WAS SUPPOSED TOO
JORDAN: YEA YEA YEA
RAYA: OK OK OK OK OK
JORDAN: YEA BUT I MEAN IT'S A IT'S A IT WAS A DAY LATE AND IT WAS SAYING THAT IT WAS STUCK SOMEWHERE BUT IT WASN'T REALLY STUCK NOWHERE IT JUST WASN'T UPDATED IT DIDNT MAKE IT ON THE DAY IT WAS SUPPOSED TO MAKE IT
RAYA: IF IT IF IF IF ITS IF ITS THROUGH THE POST OFFICE ITS NEVER UPDATED CORRECTLY
JORDAN: WELL YEA THAT'S WHERE IT CAME FROM

RAYA: YEA IF IT'S THE POST OFFICE LIKE I TOLD YOU THAT SHIT DON'T HARDLY EVER BE CORRECT UPS AND FEDEX THOSE MOTHER FUCKERS ARE ON POINT LIKE THEY GONNA TRACK EVERYTHING THOROUGHLY USPS THE POST OFFICE THEY THEY CUT SO MUCH FUNDING OFF OF THEM LIKE THEY CLOSED DOWN A LOT OF OFFICES AND STUFF LIKE THAT MAN THEY AIN'T WORTH A SHIT RIGHT NOW LIKE I TOLD YOU THEY WERE TELLING THEY'LL GIVE YOU WRONG DELIVERY DATES THEY'LL GIVE YOU WRONG DESTINATIONS THEY'LL GIVE YOU ALL KINDS OF WRONG SHIT I BE LIKE WHAT THE FUCK LIKE IM LOOKING FOR SHIT AND IT SAYS ITS ALREADY DELIVERED AND IT WAS TELLING ME IT AINT EVEN SUPPOSED TO BE DELIVERED FOR ANOTHER 5 DAYS IM I MEAN ITS JUST STUPID ITS STUPID THEY DONE CUT SO MUCH MONEY FROM IT IT'S NOT THE SAME SHIT ANYMORE BUT ANYWAY SO ANY WAY YOU WAS SAYING THOUGH SO DID IT GET THERE

JORDAN: WHAT YOU SAY

RAYA: DID IT GET THERE? NOT THAT I NEED TO KNOW BUT

JORDAN: YEA IT DID

RAYA: OKAY OKA YDID SOMEBODY GO AND GRAB IT CAUSE I TRIED TO CALL JEFF JR BACK SO I CAN TELL HIM IM GONNA DROP THE KEY OFF TO HIM HE AINT NEVER ANSWER SO I STILL GOT THE KEY BUT I DON'T WANNA HOLD ON TO THE KEY FOR TOO MUCH LONGER BECAUSE I DON'T WANT NO SHIT TO BE MISSING AND PEOPLE TRY TO BLAME IT ON ME AND BE LIKE "WHO HAD THE KEY, WELL AMANY GOT THE KEY" AND YOU KNWO IM GONNA LOOK LIKE IM THE BAD ONE BECAUSE

(CONVERSATION MINIMIZED)

RAYA: CHRISSY PUT DOWN AN HOUR AGO I JUST LOGGED ON FACE BOOK HE SAID " I TELL YOU WHOEVER BECOMES MY WOMAN" IN ALL CAPS HE SAID "THE WHOLE WORLD WILL KNOW HER (INAUDIBLE BAD CONNECTION) SO STRAP ON YOUR (INAUDIBLE BAD CONNECTION ) WE GONE BE IN THE GYM TOGETHER SPORTING EVENTS AND ANYTHING THAT REQUIRES TOGETHERNESS" AND HE PUT TOGETHERNESS IN ALL CAPS TALKING ABOUT IM JUST SAYING

JORDAN: WHO

RAYA: CHRISSY

JORDAN: ARD WELL LISTEN TO THIS SHIT WAIT TILL I OPEN THE DOOR (INAUDIBLE, MUSIC PLAYS IN BACKGROUND) LIKE IT'S A CIRCUS OR A PARADE OTUSIDE MY GOD DAMN DOOR

RAYA: IT MIGHT AS WELL BE LIKE VEGAS

JORDAN: YEA I KNOW THAT SHIT WORSE

RAYA: YEA

JORDAN: YEA, HEY

RAYA: YEA

JORDAN: YEAA

RAYA: YEA BUT ANYWAY

JORDAN: WHAT

RAYA: WELL IM GLAD THAT YOU FEELING BETTER NOW WITH THAT SITUATION I WAS SO SCARED I SAID MAN I DONE WATCHED SO MANY MOVIES AND DOCUMENTARIES AND SHIT WHEN PEOPLE STOLE STUFF AND THEY'LL SHOOT THEM BACK AND KILL THEM I DONE KILLED MYSELF

JORDAN: WE WAS IN THE ROOM FOR 15 TO 20 MINUTES AND GET COLD AS FUCK GO OUTSIDE FOR 5 TO 10 MINUTES AND GET HOT AS HELL

RAYA: SO YOU STILL COMING BACK AS PLANNED

JORDAN: SO FAR SO GOOD

RAYA: LIKE.. LIKE IS IT STILL IS IT STILL

JORDAN: DON'T EVEN ASK ABOUT THAT THOUGH

RAYA: I TOLD YOU IT AINT IT AINT LIKE YOU CARRYING ANYTHING WITH YOU SO WHAT YOU WORRIED ABOUT TELLING ME THE DATE FOR

JORDAN: IM LIKE DAMN IM JUST ASKING YOU A NORMAL THING THAT MOST COUPLES ASK EACH OTHER

JORDAN: WHY YOU JUST DON'T SAY WHEN IM COMING BACK IM COMING BACK SATURDAY OR SUNDAY

RAYA: YEA SOUND LIKE THAT TV IN THE BACKGROUND IS UHH LOUDER THAN THAT FIESTA YOU GOT UH GOING ON OUTSIDE

JORDAN: WHAT YOU SAY

RAYA: I SAID YOU GOT THE TV OVER THERE GOING OFF LIKE LOUDER THNA THAT FIESTA YOU GOT GOING ON OUTSIDE

JORDAN: ITS SOMETHING THIS RIGHT HERE IS A NUT CASE HOUSE I NEED TO GET BACK DOWN I NEED TO GET BACK OUT SOME SHORTS (INAUDIBLE)

RAYA: YEA

JORDAN: YEA YEA YEA YEA YEA

RAYA: BUT ANYWAYS SO UHHHH

JORDAN: IMA START WORKING ON SOME THINGS LOOK AT THIS SHIT THIS SHIT MAKE ME WANNA GO TO SLEEP THEY BEATING MY EARS DOWN OUT HERE MAN

RAYA: HUH

JORDAN: ARD IM ABOUT TO GO OUT THERE AND PLAY SOME INSTRUMENTS

| Listen | 898 | 07/16/2017 | 17:16:05 | 00:04:32 | Incoming | (540) 819-1017 | RAYA, Amany | Pertinent | Voice |

Synopsis:   Amany thanks Jordan for paying for dinner, Jordan acknowledges.

Amany informs Jordan that her mother thinks Jordan is selling drugs, parties laugh.

Jordan informs Amany he's very likable.

Jordan informs Amany he's going home, because he's tired, Amany replies she wants to do the same thing.

Jordan asked Amany to meet him home, Amany acknowledges.

Transcript:    UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 898
INCOMING: 5408191017
DATE: 07/16/2017
TIME: 17:16:05 - 21:20:37
PARTICIPANTS: MONTA ORLANDO JORDAN
AMANY RAYA

[TELEPHONE RINGS]
JORDAN: This is [U/I].
RAYA: Hey.
JORDAN: Hey.
RAYA: Thanks again.
JORDAN: You're welcome.
RAYA: She enjoyed it [U/I]. Look, she was saying this, she says, "I don't know," she was like, "he's smart, his mind is always working, his brain is always working, it's, his mind is working, he always... make money."
JORDAN: I can't hear you, Amany.
RAYA: I said, she said, "he, he's smart, his mind is always working, he's always thinking of how to make money." Like...
JORDAN: [CHUCKLES].
RAYA: You know, like it, it's [U/I].
JORDAN: Yeah.
RAYA: [U/I]. She said, "Amany, what if he's going over there for drugs?"
JORDAN: [LAUGHS].
RAYA: She said... [LAUGHS]. She said, "what am I gonna do?" she said, "I... you know that is my worse nightmare, for something to happen and he's... he bring you down with him." I said, Momma if he was doing drugs or anything like that why would he even be thinking about all these other business ventures and all that? She said, "but, but what if that's just a cover up? And, and, and..."
JORDAN: She ain't no... she ain't no dummy.
RAYA: Yeah. She said, "that's what people do in Egypt." She said, "you know, I always thought, the way he did with you, was, he kept you drugged up so you can stay with him and love him and, and, and be with him all that, but..." she, she did say this one thing though, she said she's not gonna look for me another husband anymore or anything like that. She said, "I see you really love him and he really loves you," and she said, "I'm not gonna look for him anymore." And... look, before you even came up there, before you even came in or anything like that, she was asking me before we even went to the, the doctor's, she was asking me, when me and you were gonna have babies. She said, "how come...?" actually, she said, "how come me and you haven't had babies yet?" She was, "do you have a problem or something that you can't have babies?" She said, "is that what it is, why ya'll ain't havin' no babies yet?" I was like, Mom, just please... I'm telling you, she don't stop. Like you say...
JORDAN: I see...
RAYA: Surprised... you're surprised it even took her that long, she was gonna ask you, "are you gonna, gonna convert in Egypt or are you gonna do it here?" [LAUGHS].
JORDAN: [CHUCKLES]. She gave me a out.
RAYA: [CHUCKLES]. Huh?
JORDAN: She gave me a out... Egypt.
RAYA: I know, right? I guess the plan is, just don't ever go. [CHUCKLES]. But she told you, she said, "wait 'til you go to Egypt when she goes."
JORDAN: Yeah, that's what she [U/I].
RAYA: So you can go with her. Yeah, she's [U/I].
JORDAN: So she can tell Sam and...
RAYA: She likes you though.
JORDAN: So she can tell Sam and them, "oh, he's going with me to convert."
RAYA: Exactly. She's crazy though.
JORDAN: If I get some... how can you not like me?
RAYA: Yeah.
JORDAN: Hey, never mind, I'll talk to you in person. What you gonna do?
RAYA: Uhm, well, I was gonna ca... ask you what you was gettin' ready to do.
JORDAN: No, I'm ready to go home and kick back.
RAYA: Yeah me too.
JORDAN: I'm [U/I].
RAYA: Yeah. And then, look, she... when we got to the house she said, "now I see why Adam like him," and she... "why Adam love him," actually, that's what she said, the word. And then I was like, who, loves who? She said, "Monta," she said, "Adam told me he love him," 'cause she was like, "Adam do you love him?" She already told me she asked Adam that. And he was like, "yeah, I do." And then she was asking why, and I told her, I said, because he give Adam whatever he wants, that's why. I said, he play with Adam...
JORDAN: No, no I don't give him whatever... I don't give him what he wants though.
RAYA: I mean, I said, I said, because you play with him... uh, she already knows that. I told her, I said, you play with him and then you also give him whatever he wants too. She was, "yeah," she said, "Adam say he love him." Adam was playing that damn grand theft auto and told her that the dude in there that the, the, the main character or whatever...
JORDAN: Yeah.
RAYA: That, he looks like you.
JORDAN: [SIGHS].
RAYA: "He looks like Monta. He looks like Monta." That's why when you got out she said, "damn, he do look like him."
JORDAN: [SIGHS].
RAYA: 'Cause you know, Adam changing his style up, like he'll put on the nice little polo shirt and dude, or... you know like he'll put on a hat...
JORDAN: Amany let me... Amany let... Amany let me mee-meet you at home, 'cause I'm riding, I'm riding way on over [U/I]...
RAYA: Oh, okay, okay, okay I'm sorry I didn't know. I didn't know.
JORDAN: Alright.
RAYA: Alright. Bye.
JORDAN: [U/I].

[END OF CALL]
TRANSCRIBED: IGNACIO ARANDA

Call Report

| Listen | 924 | 07/16/2017 | 19:08:11 | 00:00:54 | Incoming | (540) 915-4976 | | MYERS, Clifton | Pertinent | Voice |

Synopsis:        Parties greet.

MYERS informs Jordan that he needs his people on that thing, Jordan replies that he's got a situation coming this way if he wants it, MYERS asked Jordan if he's been grabbing or making moves. Jordan replies to Myers that he's been grabbing for both of them from over there, MYERS acknowledges. MYERS informs Jordan he's going to pass through there [NFI], Jordan acknowledges.

Transcript:     UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 924
INCOMING: 5409154976
DATE: 07/16/2017
TIME: 19:08:11 - 23:09:05
PARTICIPANTS: MONTA ORLANDO JORDAN
CLIFTON MYERS


[TELEPHONE RINGS]
JORDAN: Yo'.
MYERS: Hello.
[BACKGROUND: UM: [U/I] by me.]
JORDAN: What up?
MYERS: Uh, don't tell me that you's just wakin' up, man.
JORDAN: Nah, I was just, just layin' down.
MYERS: Oh.
JORDAN: What's good with you?
MYERS: Oh, man, I need to come out and meet... I need some of my people on that, on that thing.
JORDAN: Oh, I got a situation going this way if you want it [U/I] to remind you.
MYERS: [LAUGHS] Oh, you, you the one that grabbin' and been makin' moves then?
JORDAN: Nah, I, I wanna grab mine, I wanna grab, uh, mine and, and, wanna grab yours and move 'em over there.
MYERS: Alright, alright, I'm gonna pass through then.
JORDAN: Alright.
MYERS: Alright.


[END OF CALL]

TRANSCRIBER: IGNACIO ARANDA

| Listen | 946 | | 07/16/2017 | 21:16:06 | 00:00:46 | Incoming | (540) 819-8929 | | PERRY HASH | Pertinent | Voice |

Synopsis: Jordan informs Hash he was tired, but he's on his way to his house

Transcript: UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 946
INCOMING: 5408198929
DATE: 07/16/2017
TIME: 21:16:06 - 01:16:52
PARTICIPANTS: MONTA ORLANDO JORDAN
PERRY HASH

[TELEPHONE RINGS]
JORDAN: Yo'.
HASH: What's good with you?
JORDAN: Uh, just around... got up and nap... I was tired as a mother fucker, dog.
HASH: Oh, I believe you, I believe you, I just been sittin' on this mother fucker, I ain't doin' shit.
JORDAN: I'm fixin' to drop by there in a, in a few minutes, uh, let me see, 'cause I'm out moving around now. I was gonna go to the movies, man, I was gonna go to the movies to tell you something so... I'm gonna come by there when I'm on that side of town, I'm moving around now.
HASH: Alright.
JORDAN: You, you be home, right?
HASH: Yeah, I'm at the crib.
JORDAN: Alright. I'll meet you there.
HASH: Alright.
JORDAN: Alright.

[END OF CALL]

TRANSCRIBED: IGNACIO ARANDA



| Listen | 952 | | 07/16/2017 | 21:30:21 | 00:01:34 | Incoming | (540) 819-1017 | | RAYA, Amany | Pertinent | Voice |

Synopsis: Amany informs Jordan there is white stuff all over the car in the seat, Jordan acknowledges. Amany informs Jordan that the car might have to go to the vacuum place, Jordan acknowledges.

Jordan informs Amany he meant to take care of that, but didn't have time. Amany informs Jordan she's not aware of anywhere she can take it [Car]to get cleaned.

Parties bid farewell.

Transcript: UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 952
INCOMING: 5408191017

DATE: 07/16/2017
TIME: 21:30:21 - 01:31:55
PARTICIPANTS: MONTA ORLANDO JORDAN
AMANY RAYA


[TELEPHONE RINGS]
RAYA: Hey.
JORDAN: Yo'.
RAYA: There's a bunch of white stuff in the car.
JORDAN: Oh, shit what's up?
RAYA: Like in the seat…
JORDAN: Yeah, I know, yeah.
RAYA: Like, I mean, it's all over it. It's stuck in the whole [U/I] and everything.
JORDAN: Just, just hit the [U/I].
RAYA: I think it may need to go to the vacuum place, uh, shit, my mom she just asked about taking her car and go and put gas in it and I was getting ready to take it out and I looked then I looked from here… 'cause I seen stuff all over the place, but didn't know what the fuck it was.
JORDAN: Yeah, that was me [U/I].
RAYA: Huh?
JORDAN: Yeah, I know, I meant, I meant to knock that shit up, but…
RAYA: And that shit is bad too. Uhm…
JORDAN: Yeah I know [U/I]…
RAYA: Shit, I guess I'll… oh, my god I don't know of any other vacuum place that's open right now other than the one that's near your house. I think that one stay open 'til ten [10:00] maybe. But I think you gotta get your car wash first before they, before they can vacuum [U/I]. You know, I can probably take it to [I/A].
JORDAN: I can't hear you.
RAYA: The vacuum place… this permanent place, that I can probably pay to get the vacuum or some shit like that. Uhm, alright…
JORDAN: Alright.
RAYA: Bye.

[END OF CALL]

TRANSCRIBER: IGNACIO ARANDA

| - | 976 | | 07/17/2017 | 00:08:54 | 00:00:00 | Outgoing | (540) 915-4976 | | MYERS, Clifton | Pertinent | Text |
|---|-----|---|------------|----------|----------|----------|----------------|---|---------------|-----------|------|
| Synopsis: | | What's good bro? | | | | | | | | | |
| Text Message: | | What's good bro? | | | | | | | | | |
| - | 977 | | 07/17/2017 | 00:09:14 | 00:00:00 | Incoming | (540) 915-4976 | | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | Checkn on u | | | | | | | | | |
| Text Message: | | Checkn on u | | | | | | | | | |
| - | 978 | | 07/17/2017 | 00:09:35 | 00:00:00 | Outgoing | (540) 915-4976 | | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | I'm sitting down wrapping up money…so I won't have to rush in morning | | | | | | | | | |
| Text Message: | | I'm sitting down wrapping up money…so I won't have to rush in morning | | | | | | | | | |
| - | 979 | | 07/17/2017 | 00:09:54 | 00:00:00 | Outgoing | (540) 915-4976 | | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | Being through what you can | | | | | | | | | |
| Text Message: | | Being through what you can | | | | | | | | | |
| - | 980 | | 07/17/2017 | 00:09:57 | 00:00:00 | Outgoing | (540) 915-4976 | | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | Bring | | | | | | | | | |
| Text Message: | | Bring | | | | | | | | | |
| - | 981 | | 07/17/2017 | 00:16:27 | 00:00:00 | Incoming | (540) 915-4976 | | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | Hit me wen u get up | | | | | | | | | |
| Text Message: | | Hit me wen u get up | | | | | | | | | |
| - | 982 | | 07/17/2017 | 00:16:42 | 00:00:00 | Outgoing | (540) 915-4976 | | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | Ok | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Text Message: | | Ok | | | | | | |
| - | 983 | 07/17/2017 | 00:17:43 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

Synopsis: Didnt grab off youngn but got dat 4 dem put away

Text Message: Didnt grab off youngn but got dat 4 dem put away

| - | 984 | 07/17/2017 | 00:17:58 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

Synopsis: Ok that's cool

Text Message: Ok that's cool

| - | 985 | 07/17/2017 | 00:18:27 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

Synopsis: U was putn somthin mor 2gether

Text Message: U was putn somthin mor 2gether

| - | 986 | 07/17/2017 | 00:19:07 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

Synopsis: I'm just wrapping the money up and having it ready so won't have to do too much Tom

Text Message: I'm just wrapping the money up and having it ready so won't have to do too much Tom

| - | 987 | 07/17/2017 | 00:19:38 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

Synopsis: Ok

Text Message: Ok

| - | 988 | 07/17/2017 | 09:21:08 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

Synopsis: Up

Text Message: Up

| Listen | 990 | 07/17/2017 | 09:44:15 | 00:00:47 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Voice |

Synopsis: Myers informs Jordan he's going to send him people to grab that, Jordan acknowledges.

Jordan informs Myers that he's just getting up right now and he's going to move around shortly.

Jordan informs MYERS he already got his shit done and he needs to put together his [JORDAN'S] shit with his [MYERS'].

Jordan asked MYERS to let him know once he's up and moving, MYERS acknowledges.

Transcript: UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 990
INCOMING: 5409154976
DATE: 07/17/2017
TIME: 09:44:15 - 13:45:02
PARTICIPANTS: MONTA ORLANDO JORDAN
CLIFTON MYERS


[TELEPHONE RINGS]
JORDAN: Yo'.
MYERS: Yo'.
JORDAN: What up with you?
MYERS: [MUMBLES] [U/I] one of my people to send and grab, grab that...
JORDAN: Nah, that's cool. I'm just now gettin' up myself. I'm gonna get movin' around... I'm gonna move around for a little bit [U/I] ten [10:00] o'clock... alright, that's cool. Like I said, I already got... I got, uh, my shit done it looks like I need to... whatever I need to put with yours. Man, it's about... basically it's about done.
MYERS: [MUMBLES] [U/I].
JORDAN: Alright. Let me know when you're ready, I mean when you're up and moving.
MYERS: Alright.
JORDAN: Alright.

[END OF CALL]
TRANSCRIBER: IGNACIO ARANDA

| Listen | 991 | 07/17/2017 | 10:15:53 | 00:00:29 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Voice |

Synopsis: Myers asked Jordan where are they going to meet at, Jordan asked Myers to give him about 20-30 minutes and they're probably going to meet at Jordan's spot, Myers acknowledges.

Transcript: UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 991
INCOMING: 5409154976
DATE: 07/17/2017
TIME: 10:15:53 - 14:16:22
PARTICIPANTS: MONTA ORLANDO JORDAN
CLIFTON MYERS

[TELEPHONE RINGS]
JORDAN: Yo'.
MYERS: You up?
JORDAN: What up wit' you?
MYERS: Where too, homie?
JORDAN: I can't hear you. Hold on. What's up?
MYERS: I said, where too?
JORDAN: Uh, shit, give me, uh, give me, uh, give me about twenty [20], thirty [30] minutes I just stepped out, I'm gonna grab something real quick.
MYERS: Alright.
JORDAN: It'll probably be my spot though. Alright.

[END OF CALL]

TRANSCRIBER: IGNACIO ARANDA

| - | 993 | | 07/17/2017 | 10:52:33 | 00:00:00 | Outgoing | (540) 915-4976 | | MYERS, Clifton | Pertinent | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Synopsis: | | Heading my way | | | | | | | | | |
| Text Message: | | Heading my way | | | | | | | | | |

| - | 994 | | 07/17/2017 | 10:52:54 | 00:00:00 | Incoming | (540) 915-4976 | | MYERS, Clifton | Pertinent | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Synopsis: | | Ok | | | | | | | | | |
| Text Message: | | Ok | | | | | | | | | |

| Listen | 996 | | 07/17/2017 | 12:13:03 | 00:01:28 | Incoming | (540) 819-8929 | | PERRY HASH | Pertinent | Voice |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Synopsis: | | Hash informs Jordan he saw Gary Blacksport on Saturday and Gary explained to Hash that they are not allowed to pull you over, unless you cut someone off, Jordan acknowledges. | | | | | | | | | |
| | | Jordan is puzzled, because it took them a long time to pull Hash over, Hash acknowledges. | | | | | | | | | |
| | | Jordan and Hash agree they're going to figure something out. | | | | | | | | | |
| | | Jordan asked Hash if they still agree on 3:30, Hash affirms. | | | | | | | | | |
| | | Parties bid farewell. | | | | | | | | | |
| Transcript: | | UNKNOWN/ | | | | | | | | | |

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 996
INCOMING: 5408198929
DATE: 07/17/2017
TIME: 12:13:03 - 16:14:31
PARTICIPANTS: MONTA ORLANDO JORDAN
PERRY HASH

[TELEPHONE RINGS]
JORDAN: Yo'.
HASH: Hey.
JORDAN: Yo'.
HASH: I'm a gonna tell you, uh, Saturday I seen Gary Blacksport.
JORDAN: Who?
HASH: Gary.
JORDAN: Jerry?
HASH: Gary you know Blacksport Gary. [U/I].
JORDAN: Yeah, yeah, yeah.
HASH: I seen him, I was talking to him, he said, he said, that's, he said that's gonna get thrown out, because they not gonna allow to pull you over for changing lanes unless done cut somebody off.
JORDAN: Is that what he said?
HASH: Yeah.
JORDAN: That's interesting, ain't it?
HASH: Yeah.
JORDAN: Well you mine… I don't know, uh, I guess they can pull you over for anything, but I guess… I think, how long it took for him to get to you… actually to pull you over. That's what I think… from the…
HASH: Yeah.
JORDAN: From the spot that he, uh, seen you, say you changed… pulled over.. I mean, you gotta change lanes to the time that he actually pulled you over.
HASH: Yeah.
JORDAN: I don't know, we gonna, we gonna figure something out. So, what, three, thirty [3:30], right?
HASH: Yeah.
JORDAN: Alright. I'm on it, I'm on it. Just let me know, I'm gonna take care of something real quick.
HASH: A'ight.
JORDAN: A'ight.

[END OF CALL]
TRANSCRIBER: IGNACIO ARANDA

| Listen | 999 | 07/17/2017 | 13:26:35 | 00:01:22 | Incoming | (540) 632-7672 | AKERS, RODERICK | Pertinent | Voice |
|--------|-----|------------|----------|----------|----------|----------------|------------------|-----------|-------|

**Synopsis:** Ackers called Jordan to give him his condolences about his uncle, Jordan acknowledges.

Ackers informs Jordan he's coming down Orange and he's got 5 dollars for him [Jordan], Jordan acknowledges.

Jordan asked Ackers where he's going to be at and he'll meet him in 15 minutes, Acker informs Jordan he's going to be at his house and he can come over, Jordan acknowledges.

**Transcript:** UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 999
INCOMING: 5406327672
DATE: 07/17/2017
TIME: 13:26:35 - 17:27:57
PARTICIPANTS: RODERICK AKERS
MONTA ORLANDO JORDAN

[TELEPHONE RINGS]
JORDAN: Yo'.
AKERS: What up, 'Ta?
JORDAN: Uh, notin' what's up wit' you, big boy?
AKERS: Goddamn, boy, you be [U/I] goddamn stickin' the move don't you?
JORDAN: You know it. [U/I].
AKERS: I thought I stuck the move. [LAUGHS].
JORDAN: [CHUCKLES].
AKERS: Last night I heard about Henry, man.
JORDAN: I know, I know, I appreciate it.
AKERS: What the fuck, I mean, what was he on a bus stop or something?
JORDAN: I don't… nah, I think he was, uh, walk… I think… nah, to tell you the truth, I don't even know. I just got in, I just got in last night, Amany was telling me about it.
AKERS: That shit crazy, man.
JORDAN: Yeah it is.
AKERS: It, it…what the mother fu… did the person have a heat attack or sometin', that was drivin'?
JORDAN: I think so.
AKERS: Damn.
JORDAN: Yeah, but they not giving no any information on him.
AKERS: Nah, shit, that sucks. You better sue, ya'lls people better sue, bro.
JORDAN: I know. Uh, [U/I].
AKERS: Them mother fuckers… you know what I'm sayin'? Them mother fuckers can't get away with that shit. Even though if it was a medical emergency it's still a civil suit. That shit is crazy.
JORDAN: [STUTTERS], [MUMBLES] what you all do?
AKERS: Uh, coming down Orange. I tell you I have… I got like five [5] dollars for you.
JORDAN: Alright, see, I knew, right on time. You got it… them… been out there spending money like a mother fucker. When you…? I mean, let me know where you at, I'll swing up through there like in about fifteen [15] minutes.
AKERS: Shit, I'll be at the house, I'm ready to go take a shower. So, I'll be there just come by the house.
JORDAN: Alright.
AKERS: Alright.

[END OF CALL]

TRANSCRIBER: IGNACIO ARANDA

| - | 1006 | 07/17/2017 | 15:14:05 | 00:00:00 | Incoming | (540) 632-9387 | NO SUBSCRIBER. | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | What is good CUZ |
|-----------|------------------|
| Text Message: | What is good CUZ |

| - | 1007 | 07/17/2017 | 15:14:13 | 00:00:00 | Outgoing | (540) 632-9387 | NO SUBSCRIBER. | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | Chilling |
|-----------|----------|
| Text Message: | Chilling |

| - | 1008 | 07/17/2017 | 15:14:47 | 00:00:00 | Incoming | (540) 632-9387 | NO SUBSCRIBER. | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | You back |
|-----------|----------|
| Text Message: | You back |

| - | 1009 | 07/17/2017 | 15:14:55 | 00:00:00 | Outgoing | (540) 632-9387 | NO SUBSCRIBER. | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | Just got back yes |
|-----------|-------------------|
| Text Message: | Just got back yes |

| - | 1010 | 07/17/2017 | 15:15:36 | 00:00:00 | Incoming | (540) 632-9387 | NO SUBSCRIBER. | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | Trying to? get some food from you |
|-----------|-----------------------------------|
| Text Message: | Trying to get some food from you |

| - | 1011 | 07/17/2017 | 15:15:42 | 00:00:00 | Outgoing | (540) 632-9387 | NO SUBSCRIBER. | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | Ok |
|-----------|-----|
| Text Message: | Ok |

| - | 1012 | 07/17/2017 | 15:16:32 | 00:00:00 | Incoming | (540) 632-9387 | NO SUBSCRIBER. | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | When u going to be ready |
|-----------|--------------------------|
| Text Message: | When u going to be ready |

| - | 1013 | 07/17/2017 | 15:16:42 | 00:00:00 | Outgoing | (540) 632-9387 | NO SUBSCRIBER. | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | Dark |
|-----------|------|
| Text Message: | Dark |

| - | 1014 | 07/17/2017 | 15:17:09 | 00:00:00 | Incoming | (540) 632-9387 | NO SUBSCRIBER. | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | I'll hit u back |
|-----------|-----------------|
| Text Message: | I'll hit u back |

| - | 1015 | 07/17/2017 | 15:17:14 | 00:00:00 | Outgoing | (540) 632-9387 | NO SUBSCRIBER. | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | Ok |
|-----------|-----|
| Text Message: | Ok |

| - | 1163 | 07/18/2017 | 09:53:21 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |

| Synopsis: | In Miami |
| Text Message: | In Miami |

| - | 1164 | 07/18/2017 | 09:56:58 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

| Synopsis: | Early flight |
| Text Message: | Early flight |

| - | 1165 | 07/18/2017 | 09:57:13 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |

| Synopsis: | Things to do ppl to see |
| Text Message: | Things to do ppl to see |

| - | 1166 | 07/18/2017 | 09:57:42 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

| Synopsis: | Must hav somthin good lined up |
| Text Message: | Must hav somthin good lined up |

| - | 1168 | 07/18/2017 | 10:01:20 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |

| Synopsis: | I'm going on with guns blazing..either move or not... |
| Text Message: | I'm going on with guns blazing..either move or not... |

| - | 1169 | 07/18/2017 | 10:01:33 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |

| Synopsis: | Tired of traveling all over the place |
| Text Message: | Tired of traveling all over the place |

| - | 1170 | 07/18/2017 | 10:01:55 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |

| Synopsis: | It's time to put this shit all together..the pieces are in place and this the last stop |
| Text Message: | It's time to put this shit all together..the pieces are in place and this the last stop |

| - | 1171 | 07/18/2017 | 10:03:39 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

| Synopsis: | It will be. God always 1st in everything my. Gods plan. He see da work & all we do 2 provide 4 others |
| Text Message: | It will be. God always 1st in everything my. Gods plan. He see da work & all we do 2 provide 4 others |

| - | 1172 | 07/18/2017 | 10:04:32 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |

| Synopsis: | Right and exact and understood |
| Text Message: | Right and exact and understood |

| Listen | 1683 | | 07/28/2017 | 17:13:00 | 00:01:03 | Incoming | (540) 819-8929 | | PERRY HASH | Pertinent | Voice |

**Synopsis:** Jordan informs Hash that he's running around with his head cut off.

Hash asked Jordan if he's going tomorrow to South East, Jordan affirms, but states that he'll go in if he's in town and not going to visit his mother, Jordan acknowledges.

Jordan asked Hash if he gave him that [Pos. money for Atty], Hash affirms, Jordan acknowledges.

Jordan informs Hash he's going to get in touch with him once he returns to his domicile, Hash acknowledges.

**Transcript:**

UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 1683
INCOMING: 5408198929
DATE: 07/28/2017
TIME: 17:13:00 - 21:14:03
PARTICIPANTS: PERRY HASH
MONTA ORLANDO JORDAN


[TELEPHONE RINGS]
JORDAN: Yeah.
HASH: What's good wit', ya'?
JORDAN: Yo'.
HASH: What's good wit' you?
JORDAN: Uh, shit, just running around like a damn mad man.
HASH: Oh. You going… you turning out to [U/I] tomorrow?
JORDAN: Where is it at?
HASH: Uh, down in south east.
JORDAN: Alright, see, what time is it?
HASH: At seven thirty [7:30]. Right… it's like going to Garden City.
JORDAN: Alright. If, if I don't go out of town and grab my mom yeah, I'm come… I'll be there.
HASH: Alright. Well, just let me know.
JORDAN: Alright give me… some like… yeah get, get in the crib and get settled in, bro and I'll hit you. He gave that to you, right?
HASH: Yeah, gave it to me. I appreciate it, man. Like I say when I go to the…
JORDAN: Alright.
HASH: When I go to the people next week…
JORDAN: Oh, come on, don't worry about that, bro. Don't worry about notin' like that.
HASH: Alright.
JORDAN: Alright.
HASH: Alright.
JORDAN: Alright.


[END OF CALL]
TRANSCRIBER: IGNACIO ARANDA

| Listen | 1689 | | 07/28/2017 | 18:44:48 | 00:01:09 | Incoming | (540) 819-8929 | | PERRY HASH | Pertinent | Voice |

**Synopsis:** PERRY asked Jordan if he's on his way to the mall, Jordan replies he's on his way to Vinton right now, Hash acknowledges.

Perry asked Jordan if Amany is driving the Mercedes, Jordan affirms.

Perry informs Jordan he's been at this house since that shit and he needs to get out, Jordan replies that he's going to holler at Cliff and see if they can have a drink tonight at 9:00. Hash acknowledges.

Transcript:    UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 1689
INCOMING: 5408198929
DATE: 07/28/2017
TIME: 18:44:48 - 22:45:57
PARTICIPANTS: PERRY HASH
MONTA ORLANDO JORDA


[TELEPHONE RINGS]
JORDAN: Yo'.
HASH: Hey, did we just pass you going over to the mall way?
JORDAN: No, I'm way... I'm in Vinton right now.
HASH: Oh, Amany must be going over that way.
JORDAN: Yeah, it was probably her, it was her.
HASH: In the mercedes?
JORDAN: Yeah.
HASH: Oh, yeah, 'cause I... me and T., was in the... that's a different Monta right there.
JORDAN: Yeah, that was, that was her, that wasn't me.
HASH: Oh.
JORDAN: Over the [U/I]. Is it rain... is it raining over there?
HASH: Hell yeah, it's raining.
JORDAN: Huh?
HASH: Hell, yeah it's raining.
JORDAN: [LAUGHS].
HASH: Yeap. What you been getting into, man? I been...
JORDAN: Nothing.
HASH: Man I done been in the house since, since that shit, man, I need to get out, man.
JORDAN: Alright, uh, I... alright I'll holler at Cliff though, 'cause I might step out with him later on tonight, man. Have a drink or something so, come on and fuck wit' us.
HASH: Alright.
JORDAN: It probably be around... [U/I] it's gonna be around nine [9:00] o'clock. Talk to you.
HASH: Alright. Alright. Well, let me know.
JORDAN: Alright. Alright.
HASH: Alright.

[END OF CALL]

TRANSCRIBER: IGNACIO ARANDA

| - | 1922 | 08/01/2017 | 08:29:58 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|------|------------|----------|----------|----------|--------------|---------------|-----------|------|
| Synopsis: | | Yo | | | | | | | |
| Text Message: | | Yo | | | | | | | |

| - | 1923 | 08/01/2017 | 08:30:19 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|
| Synopsis: | | Sup Bro | | | | | | | |
| Text Message: | | Sup Bro | | | | | | | |

| - | 1924 | 08/01/2017 | 08:30:39 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|------|------------|----------|----------|----------|--------------|---------------|-----------|------|
| Synopsis: | | Up and at it got a piece coming thru | | | | | | | |
| Text Message: | | Up and at it got a piece coming thru | | | | | | | |

| - | 1925 | 08/01/2017 | 08:30:47 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|------|------------|----------|----------|----------|--------------|---------------|-----------|------|
| Synopsis: | | But need the bat mobile | | | | | | | |
| Text Message: | | But need the bat mobile | | | | | | | |

| - | 1926 | 08/01/2017 | 08:31:21 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|
| Synopsis: | | Im up. Jus got 2 my people | | | | | | | |
| Text Message: | | Im up. Jus got 2 my people | | | | | | | |

| - | 1927 | 08/01/2017 | 08:32:05 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|------|------------|----------|----------|----------|--------------|---------------|-----------|------|
| Synopsis: | | Girl had a bad dream so I'm overly cautious | | | | | | | |
| Text Message: | | Girl had a bad dream so I'm overly cautious | | | | | | | |

| - | 1928 | 08/01/2017 | 08:32:59 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|
| Synopsis: | | Let me know how u wanna mov | | | | | | | |
| Text Message: | | Let me know how u wanna mov | | | | | | | |

| - | 1929 | 08/01/2017 | 08:39:31 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|------|------------|----------|----------|----------|--------------|---------------|-----------|------|
| Synopsis: | | Going to check status around 9:30..but wanna move around in a car not mines | | | | | | | |
| Text Message: | | Going to check status around 9:30..but wanna move around in a car not mines | | | | | | | |

| - | 1930 | 08/01/2017 | 08:40:04 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|
| Synopsis: | | Im here | | | | | | | |
| Text Message: | | Im here | | | | | | | |

| - | 1931 | 08/01/2017 | 08:40:25 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|------|------------|----------|----------|----------|--------------|---------------|-----------|------|
| Synopsis: | | Ok will hit you in a few | | | | | | | |
| Text Message: | | Ok will hit you in a few | | | | | | | |

| - | 1932 | 08/01/2017 | 08:48:15 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|------|------------|----------|----------|----------|--------------|---------------|-----------|------|

| Synopsis: | I'm about to come thru now or you can come grab me |
| Text Message: | I'm about to come thru now or you can come grab me |

| - | 1933 | 08/01/2017 | 08:49:36 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | Com thru |
| Text Message: | Com thru |

| - | 1934 | 08/01/2017 | 08:52:26 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|------|------------|----------|----------|----------|--------------|---------------|-----------|------|

| Synopsis: | Ok |
| Text Message: | Ok |

| - | 1935 | 08/01/2017 | 09:23:10 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|------|------------|----------|----------|----------|--------------|---------------|-----------|------|

| Synopsis: | About to pull up |
| Text Message: | About to pull up |

Listen      1938               08/01/2017   09:46:24   00:01:45    Outgoing      (540) 915-4976            MYERS, Clifton        Pertinent        Voice

**Synopsis:**    Jordan asked Myers if he saw a black Ford Fusion, Myers affirms. Jordan informs Myers he's seen that car twice and it's driven by a big white guy. Jordan informs Myers the guy was riding behind him on his way to Myers house and he turned off and hit the back area and fucked around and signaled and when he left... call gets cut off.

Jordan states he [U/I] the same mother fucker, but it's a Ford Fusion.

Myers informs Jordan he was not in that vehicle, Jordan acknowledges.

Parties bid farewell.

**Transcript:**   UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 1938
OUTGOING: 5409154976
DATE: 08/01/2017
TIME: 09:46:24 - 13:48:09
PARTICIPANTS: CLIFTON MYERS
MONTA ORLANDO JORDAN


[TELEPHONE RINGS]
MYERS: Yeah.
JORDAN: Hey, what's up with you, big guy?
MYERS: What's going on?
JORDAN: Hey, did you, uh, did you see them people get a, a black mother fucking Ford, Ford, uh, drive like the one, like the one we got right here?
MYERS: Yeah, I seen 'em in one.
JORDAN: Alright. That's alright. I just... I done seen this funky ass nigga in this black Ford Fusion twice now.
MYERS: It's a, it's a black dude?
JORDAN: Nah, it's a white dude, kinda, kinda, kinda big white dude. He was, he was, he was behind me on the way to your spot. I fucking right... the turn though... uh, and hit the back area all over the place and I fucking ran in a circle, then when I'm leavin' your spot... I can't be sure... I can't be for su...
[CALL CUTS OFF]
JORDAN: The Ford is the same mother fucker, but, uh, it's a Ford Fusion... [U/I].
[STATIC]
JORDAN: [U/I]. That nigga [U/I] on my as... I'll [U/I].
MYERS: But he wasn't, he wasn't in that vehicle.
JORDAN: Oh, [U/I].
MYERS: Yeah, I wasn't in that vehicle.
JORDAN: Okay. Alright.
MYERS: Alright.

[END OF CALL]

TRANSCRIBER: IGNACIO ARANDA

| Listen | 1950 | 08/01/2017 | 10:34:59 | 00:02:53 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Voice |
|--------|------|------------|----------|----------|----------|----------------|----------------|-----------|-------|

Synopsis:    Jordan informs Myers that the joint followed him all the way.

Jordan informs Myers he ran into the black nigger in the black ford fusion and he lives right around the corner from him. Myers replies that he's seen a white nigger driving that car, not a black dude. Jordan informs Myers that the guy he saw had a gun on him, Myers replies that if the guy has a gun out like that, he's not the police, Jordan replies to Myers that the guy might be an under cover detective or something, Myers doesn't think so.

Myers thinks the guy Jordan saw might be a regular person with a registered gun.

Jordan puts Myers on hold.

Jordan informs Myers Munchie's mom is on the other line and he's going to call him late, Myers acknowledges.

Transcript:    UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 1950
OUTGOING: 5409154976
DATE: 08/01/2017
TIME: 10:34:59 - 14:37:52
PARTICIPANTS: MONTA ORLANDO JORDAN
CLIFTON MYERS


[TELEPHONE RINGS]
JORDAN: Yeah.
MYERS: Yeah. Hello.
JORDAN: What up, big guy?
MYERS: What's the plan?

JORDAN: That joint, that joint all the way in the mother fucking [U/I].

MYERS: Oh [CHUCKLES] really?

JORDAN: That mother fucker [SIGHS]. I mean I checked it out he looked alright. So I just I just wait until it… laying… I let it sit for a minute. Definitely… yo'…

MYERS: Alright.

JORDAN: Hey, bro, man, a fucking coincidence, on the way back to the crib, right? Guess who the fuck I ran by?

MYERS: Who?

JORDAN: The black nigga in the black Ford Fusion. He live right around the corner from me I think.

MYERS: It's a black lady?

JORDAN: A black dude. Like a little weird brown skin, weird looking dude.

MYERS: I seen, I seen, a, a light skin, brown skin dude driving one, but it was a white dude in the, in the shit that I'm talking about. I've seen the nigga in that one.

JORDAN: Nah, this nigga… I just now finished looking, he had the gun on the side of the, uh… to his he was holding…

MYERS: He ain't no police, he ain't no police then.

JORDAN: No… You don't think so? I mean undercover might… I mean, he might be like a off duty… I mean, like a detective or something.

MYERS: Nah, and specially if he got the joint just hanging out so you can see it.

JORDAN: Yeah. It was just hanging out so you can see it.

MYERS: It, it like he, like he, he just re… he got a registered joint.

JORDAN: Yeah, either that or he was…

MYERS: [U/I].

JORDAN: That nigga was coming outta his house.

MYERS: Yeah. I done seen a nigga like that in, in one, but I'm thinking he just a little ol' regular nigga he, he you-young looking, right?

JORDAN: Yeah, he kinda in his… maybe in his late twenties, maybe early thirties.

MYERS: Yeah, yeah, yeah, yeah, I think he just got a registered one.

JORDAN: Alright. Hold on, hold on, hold on.

MYERS: [U/I].

JORDAN: Yo'.

MYERS: Yeah.

JORDAN: Let me hit you right back, this is Munchies mom. She got my ear right now.

MYERS: Alright.

JORDAN: Alright.

[END OF CALL]

TRANSCRIBER: IGNACIO ARANDA

| - | 1959 | 08/01/2017 | 13:40:56 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|
| Synopsis: | | Everything good | | | | | | | |
| Text Message: | | Everything good | | | | | | | |
| - | 1960 | 08/01/2017 | 13:43:04 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | Don't know | | | | | | | |
| Text Message: | | Don't know | | | | | | | |

| - | 1961 | 08/01/2017 | 13:43:16 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: Will find out soon

Text Message: Will find out soon

| - | 1963 | 08/01/2017 | 14:16:47 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: I'm at wrong spot

Text Message: I'm at wrong spot

| - | 1964 | 08/01/2017 | 14:17:15 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: U bac

Text Message: U bac

| - | 1965 | 08/01/2017 | 14:17:33 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: Have to go 35,miles in other direction

Text Message: Have to go 35,miles in other direction

| - | 1966 | 08/01/2017 | 14:17:50 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: Wow

Text Message: Wow

| - | 1967 | 08/01/2017 | 14:18:10 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: Was in Roanoke county and its Bedford

Text Message: Was in Roanoke county and its Bedford

| - | 1968 | 08/01/2017 | 14:18:37 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: U ben said bedford

Text Message: U ben said bedford

| - | 1969 | 08/01/2017 | 14:18:56 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: Yea but thought I was in Bedford earlier

Text Message: Yea but thought I was in Bedford earlier

| - | 1970 | 08/01/2017 | 14:33:26 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: Losing ur mind

Text Message: Losing ur mind

| - | 1971 | 08/01/2017 | 14:34:24 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: A street in Roanoke county with same name

Text Message: A street in Roanoke county with same name

| - | 1972 | 08/01/2017 | 14:35:43 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: May be a sign lol

Text Message: May be a sign lol

| - | 1973 | 08/01/2017 | 14:37:20 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: All good

Text Message: All good

| - | 1974 | 08/01/2017 | 15:19:23 | 00:00:00 | Outgoing | (443) 750-1000 | | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: Y???

Text Message: Y???

| - | 1975 | 08/01/2017 | 15:23:59 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: This shit stupid

Text Message: This shit stupid

| - | 1976 | 08/01/2017 | 15:25:05 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis: Whoever live der hav 2 have it

Text Message: Whoever live der hav 2 have it

| - | 1977 | 08/01/2017 | 15:25:58 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis:       No one lives there

Text Message:   No one lives there

| - | 1978 | 08/01/2017 | 15:26:04 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis:       Dude in jail

Text Message:   Dude in jail

| - | 1979 | 08/01/2017 | 15:26:45 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis:       She may have told som1

Text Message:   She may have told som1

| - | 1980 | 08/01/2017 | 15:27:27 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis:       Who knows

Text Message:   Who knows

| - | 1981 | 08/01/2017 | 15:27:49 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|------------|----------|----------|----------------|----------------|-----------|------|

Synopsis:       She didn't even know it was coming

Text Message:   She didn't even know it was coming

| - | 1982 | 08/01/2017 | 15:48:30 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|------------|----------|----------|----------------|----------------|-----------|------|

Synopsis:       Found it

Text Message:   Found it

| - | 1983 | 08/01/2017 | 15:48:42 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|------------|----------|----------|----------------|----------------|-----------|------|

Synopsis:       Inside screen door

Text Message:   Inside screen door

| - | 1984 | 08/01/2017 | 15:49:15 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|------------|----------|----------|----------------|----------------|-----------|------|

Synopsis:       Lol. U in rare form 2day

Text Message:   Lol. U in rare form 2day

| - | 1985 | 08/01/2017 | 15:51:25 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|------------|----------|----------|----------------|----------------|-----------|------|

Synopsis:       Shit was his good

Text Message:   Shit was his good

| - | 1986 | 08/01/2017 | 15:56:59 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|---|------|------------|------------|----------|----------|----------------|-------------|-----------|------|

Synopsis:       WhAts good bro

Text Message:   WhAts good bro

| - | 1987 | 08/01/2017 | 15:58:36 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |
|---|------|------------|------------|----------|----------|----------------|-------------|-----------|------|

Synopsis:       He in a job interview

Text Message:   He in a job interview

| - | 1993 | 08/01/2017 | 16:01:34 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|
| Synopsis: | | As ever which spot? | | | | | | | |
| Text Message: | | As ever which spot? | | | | | | | |
| - | 1994 | 08/01/2017 | 16:02:18 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | My homie off so goin 2 white girl | | | | | | | |
| Text Message: | | My homie off so goin 2 white girl | | | | | | | |
| - | 1995 | 08/01/2017 | 16:04:22 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | Ok | | | | | | | |
| Text Message: | | Ok | | | | | | | |
| - | 1996 | 08/01/2017 | 16:04:26 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | Eyes there? | | | | | | | |
| Text Message: | | Eyes there? | | | | | | | |
| - | 1997 | 08/01/2017 | 16:04:43 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | Yep | | | | | | | |
| Text Message: | | Yep | | | | | | | |
| - | 1998 | 08/01/2017 | 16:04:50 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
| Synopsis: | | Ok | | | | | | | |
| Text Message: | | Ok | | | | | | | |
| - | 1999 | 08/01/2017 | 16:21:41 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |

| Synopsis: | Wats good bro |
| Text Message: | Wats good bro |

| - | 2000 | 08/01/2017 | 16:23:24 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |

| Synopsis: | Ran into something small wondering if you interested |
| Text Message: | Ran into something small wondering if you interested |

| - | 2001 | 08/01/2017 | 16:24:08 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |

| Synopsis: | Yea |
| Text Message: | Yea |

| - | 2002 | 08/01/2017 | 16:26:01 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |

| Synopsis: | One came the me half gone half left |
| Text Message: | One came the me half gone half left |

| - | 2005 | 08/01/2017 | 16:28:06 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |

| Synopsis: | Ok I got like 12 for u now I grabbed a lil something yesterday give u the rest in a day |
| Text Message: | Ok I got like 12 for u now I grabbed a lil something yesterday give u the rest in a day |

| - | 2011 | 08/01/2017 | 16:30:57 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |

| Synopsis: | Let me kno when u ready |
| Text Message: | Let me kno when u ready |

| - | 2012 | 08/01/2017 | 16:31:11 | 00:00:00 | Outgoing | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |

| Synopsis: | Give me about 30 |
| Text Message: | Give me about 30 |

| - | 2013 | 08/01/2017 | 16:35:58 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

| Synopsis: | Here |
| Text Message: | Here |

| Listen | 2028 | 08/01/2017 | 19:01:05 | 00:01:02 | Incoming | (540) 819-8929 | PERRY HASH | Pertinent | Voice |

**Synopsis:** HASH to JORDAN
Parties greet.
JORDAN says he is heading to the crib. HASH asks if there was any good news. JORDAN says not yet but it's in motion. HASH acknowledges.
HASH says Big G was asking. JORDAN asks if he is referring to G... and tells JORDAN to tell G to wait for a day. HASH says he told him it was in motion.
JORDAN acknowledges.
JORDAN says he will call HASH once he gets to the crib. JORDAN goes on to say he is moving around trying to grab money from these niggas.
HASH asks if JORDAN hollered at Pete yesterday. JORDAN says no, he doesn't have anything to give him (Pete) but will give him a call once he has something on his hand . HASH acknowledges.
End of call

**Transcript:** UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 2028
INCOMING: 5408198929
DATE: 08/01/2017
TIME: 19:01:05 - 23:02:07
PARTICIPANTS: MONTA ORLANDO JORDAN
PERRY HASH


[TELEPHONE RINGS]
JORDAN: Yo'.
HASH: What's going on wit' you?
JORDAN: Oh, shit I done went to the [U/I].
HASH: Hey, ain't no good news yet?
JORDAN: No, not, not yet, bro. Uh, it, it, it, I mean, it's, it's in motion though.
HASH: Alright. Yeah, uh, big kid just asked me.
JORDAN: Oh, yeah?
HASH: Yeap.
JORDAN: G.?
HASH: I told him... Huh?
JORDAN: Oh, oh, oh, oh, yeah, just tell him, uh, just tell... put him on hold for like a day.
HASH: Yeah, I, I told him, I told him soon... I told him, uh, it was in motion you just wait.
JORDAN: Alright. I got you.
HASH: Alright.
JORDAN: I'll hit you when I get to the crib, I'm out moving, man. I'm trying to grab these mothers... from these nuggers.
HASH: Alright. You haven't hollered at ol' boy yesterday Pete?
JORDAN: Nah, I ain't even hollered at Pete. Man, I don't have notin' against him. He gonna... I don't even got any [U/I] for him.
[DIALING SOUNDS]
JORDAN: So I'll hit him when I get some in my hand.
HASH: Oh, alright.
JORDAN: Alright.
HASH: Alright.


[END OF CALL]

TRANSCRIBER: IGNACIO ARANDA

| - | 2030 | 08/01/2017 | 19:01:33 | 00:00:00 | Incoming | (540) 915-0975 | ADAMS, Seth | Pertinent | Text |

Synopsis:        U still coming thru

Text Message:    U still coming thru

JORDAN: Well, next weekend it doesn't matter. Next weekend I should be still hollering at you.

| - | 2082 | 08/02/2017 | 13:37:00 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|-----------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | Well dude we seen on the farm flying back so any minute going to have to head up north and see what they talking about |
|-----------|------|
| Text Message: | Well dude we seen on the farm flying back so any minute going to have to head up north and see what they talking about |

| - | 2083 | 08/02/2017 | 13:37:52 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|-----------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | Cool |
|-----------|------|
| Text Message: | Cool |

| - | 2084 | 08/02/2017 | 13:38:37 | 00:00:00 | Outgoing | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|-----------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | He told me some more shit but will explain when I see you or figure out if that's what he was saying |
|-----------|------|
| Text Message: | He told me some more shit but will explain when I see you or figure out if that's what he was saying |

| - | 2085 | 08/02/2017 | 13:44:13 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|-----------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | Ok |
|-----------|------|

| - | 2147 | 08/03/2017 | 10:25:19 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|------|------------|----------|----------|----------|--------------|---------------|-----------|------|

| Synopsis: | Good morning bro |
| Text Message: | Good morning bro |

| - | 2148 | 08/03/2017 | 10:28:27 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|------------|----------|----------|----------|----------------|----------------|-----------|------|

| Synopsis: | Morning Broski |
| Text Message: | Morning Broski |

| - | 2149 | 08/03/2017 | 10:28:47 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|------|------------|----------|----------|----------|--------------|---------------|-----------|------|

| Synopsis: | Up and trying to get things in order |
| Text Message: | Up and trying to get things in order |

| - | 2153 | 08/03/2017 | 10:44:58 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |

| Synopsis: | Whts da plan |
| Text Message: | Whts da plan |

| - | 2154 | 08/03/2017 | 10:58:25 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |

| Synopsis: | Taking what we can take and going up |
| Text Message: | Taking what we can take and going up |



| - | 2164 | 08/03/2017 | 12:06:51 | 00:00:00 | Outgoing | 154091549760 | Clifton Myers | Pertinent | Text |
|---|------|-----------|----------|----------|----------|--------------|---------------|-----------|------|

Synopsis:        Roomie hit me and told me take off
Text Message:    Roomie hit me and told me take off

| - | 2165 | 08/03/2017 | 12:07:56 | 00:00:00 | Incoming | (540) 915-4976 | MYERS, Clifton | Pertinent | Text |
|---|------|-----------|----------|----------|----------|----------------|----------------|-----------|------|

Synopsis:        Im packd. About 2 hit 10th
Text Message:    Im packd. About 2 hit 10th

| Listen | 2196 | 08/03/2017 | 13:44:06 | 00:02:17 | Incoming | (646) 418-9544 | TORRUELLA, Luis | Pertinent | Voice |

**Synopsis:**   Lou apologizes to Jordan that he didn't get back to him yesterday, Jordan acknowledges.

Lou informs Jordan he's at a lunch break right now, Jordan acknowledges.

Jordan informs Lou he's going to be at his whereabouts tonight, Lou acknowledges.

Jordan informs Lou he's suppose to talk to one of his homies from DR [pos. at NYC], because he was asked to do so by the people at DR. Jordan informs Lou he might do something tonight or first thing in the morning, Lou acknowledges.

Lou informs Jordan that he's got a man and that man can buy for them, Jordan acknowledges. Jordan informs Lou that he already has a whistle [pos. contact] and his man has informed Jordan that they have some of that 'gangster shit' already up there. Jordan informs Lou that he doesn't know if his other man has anything. Jordan informs Lou they're going to get into something, but they have to come up with a plan as to how they're going to do it, Lou acknowledges.

Jordan informs Lou that once he's at his whereabouts he's going to get in touch with him, Lou acknowledges. Jordan informs Lou that it's probably going to be tomorrow when he gets in touch with him, because he might arrive at his destination at 21:00, Lou acknowledges.

Jordan informs Lou that he's going to go meet with his man face to face so they can see what's going on with that joint, Lou replies by reminding Jordan that once that shit hits it [pos. U.S.A.], those niggas will be chopping and cutting it, Jordan replies that he talked to them and they already have an understanding that, that is not going to happen, Lou acknowledges. Lou reminds Jordan how funny their people [Pos Dominicans] are, Jordan acknowledges.

Jordan informs Lou that he spoke to his people and told them not to do any inspector gadget shit and they assured him [Jordan] that was not going to happen, Lou acknowledges.

Jordan informs Lou that as soon as he's by his area he's going to let him know about it, but presently he's moving [traveling], Lou acknowledges.

Parties bid farewell.

**Transcript:**   UNKNOWN/

RRO / GP-25 WIRE: 5408550938

PHONE: 5408550938
CALL: 2196
INCOMING: 6464189544
DATE: 08/03/2017
TIME: 13:44:06 - 17:46:23
PARTICIPANTS: MONTA ORLANDO JORDAN
LUIS TORUELLA AKA DOMINICAN LOU
TRANSCRIBER: C. HARO-CAMPBELL

[BEGINNING OF CONVERSATION]
TORUELLA: What's up [U/I], my bad man I couldn't get back to you yesterday, man.
JORDAN: Nah no worries, though. How you doing?
TORUELLA: I'm all right here getting a lunch break [CHUCKLES]
JORDAN: Yeah.
TORUELLA: Straight up.
JORDAN: Well, I'm ready uh I'm ready to go head up your way and shit. So I'm gonna be up in your area probably tonight, Yo. Well not no probably, definitely tonight.
TORUELLA: Oh! Oh well that's, that's good then my nigga. That's, that's a fact my nigga.
JORDAN: Yeah I'm supposed to be hollering at … I'm supposed to be hollering at one of my, my homies and shit up there, well when I was over in D.R. them niggas tell me to go up there and holler at one of them people. So we might do a little somethin', somethin' yeah tonight or first thing in the morning or somethin'. So I'm gonna …
TORUELLA: Aight.
[VOICES OVERLAP]
JORDAN: .. check things out.
TORUELLA: You know my nigga.
JORDAN: Shit. I'm going up there for sure. [CHUCKLES]
TORUELLA: Yo I got … you know my … I know I got my man. My man said he know who buy from us is … bought from Rick (PH).
JORDAN: I already got, I mean, I already got, I already got a whistle (PH) that uh … a man said he got some of that, that, that, that gangsta shit already up there. It's just I don't know what my other man got something, so … It's just we gonna be into somethin' we gonna be into somethin' it's just about how we gonna… what we got and how we gonna do with it.
[VOICES OVERLAP]
TORUELLA: Yeah 'cause I …
[VOICES OVERLAP]
JORDAN: Once I get up there I be able to hit you then. I probably …
[VOICES OVERLAP]
TORUELLA: Yeah let me know.
JORDAN: … [U/I] 'til tomorrow though because …
TORUELLA: Nah … [MUMBLES]
JORDAN: … about nine (9:00) o'clock.
TORUELLA: You gotta let . You gotta let them know you in town … you gonna make it or you're tired and [U/I] it up tomorrow or what ever.
JORDAN: Yeah, yeah but I'm wanna see what this nigga is really down for a nigga. 'Cause like I was telling my man [U/I] and see what's going up their joint.
TORUELLA: You know that nigga, once that shit hit the [U/I] that niggas fucking chop and cut that shit up and all kinds of shit.
[VOICES OVERLAP]
JORDAN: Nah, nah, nah, we have a perfect understanding that aint, that aint gonna happen. [CHUCKLES]
[VOICES OVERLAP]
TORUELLA: Okay then, because you know how, you know how funny [U/I] my people are.
JORDAN: Man..
[VOICES OVERLAP]
TORUELLA: [U/I] ass too.
JORDAN: I told him, I told him that, I said, yo, don't have [U/I] those motha fucking no niggas and [U/I] and try some of that inspector gadget shit. He like, "nah, nah, that's not happening"
[VOICES OVERLAP]
TORUELLA: All right.
JORDAN: So I'm gonna see what's going on and then we go through there but as soon as I in your area, somewhere near your area, I'll let you know I'm close by. But I'm moving.
TORUELLA: All right. Then that's what's up then. Good luck my nigga.
JORDAN: All right bro.
TORUELLA: Bye-Bye. Bye.
[END OF CONVERSATION]

| Listen | 2300 | | 08/05/2017 | 11:43:17 | 00:02:11 | Outgoing | (540) 892-7329 | | OTEY, Wali | | Pertinent | | Voice |

Synopsis:

RICO informs Jordan that a Hispanic dude from Charlotte was asking for ghost, because the Mexican dude was looking for him [Jordan], Rico replied to the Spanish dude he didn't know anyone by that name, Jordan replies that he knows who the dude is, but he wonders why 'THEY' didn't come and instead they sent the dude, since the dude is only a driver, RICO acknowledges. Jordan informs Rico he's due in about 2-3 hours and he's going to hit the dude then.

RICO asked Jordan if he's good, Jordan replies that he's good on one end, but he's not good on the normal end. Jordan informs RICO he's good on the hard core, RICO acknowledges.

RICO informs JORDAN that he's [DUDE] still out here just sitting in a black car. Rico informs Jordan he's just going to let the dude in the black car sit, JORDAN replies to RIco that he needs to informs the nigger in the black car that, "that nigga [pos. Jordan] is on the run". Jordan informs Rico that once he's back in town he's going to see if he meet up with the DUDE, RICO acknowledges.

Parties bid farewell.

OTEY: Hello.
JORDAN: Yo' it's Monta. What's up, bro?
OTEY: Hey what's happening?
JORDAN: They ain't shit chillin'. Floating around.
OTEY: Hey, some, some, uh, some, some, uh, dude was talking about, uh, he was looking for, uh, ghost.
JORDAN: Who said that?
OTEY: I told him I don't know no... some dude, some Spanish dude that he's spanish, asked me, he's looking for a dude name ghost, I like, I don't know no ghost. He like, he drive a white b., m., w., or Mercedes. I said, I don't know no ghost. He said, well I'm here from Charlotte, the Mexican dude is looking for him and, uh, he told me I could always find him here. I'm like I don't know who he's talking about, bro, I said, so many people come here I don't know who he talking about. He said, well can I leave a note here. I said, I don't, I don't, man who he talking about, I don't know nothing what you talking about.
JORDAN: Yeah. Okay I know who he is, I know's, I know's who he is. I wonder why...
OTEY: Oh, you know who it is?
JORDAN: Yeah, I know exactly who it is.
OTEY: Oh, okay.
JORDAN: But I, I wonder why the...
OTEY: Oh...
JORDAN: I wonder why the dude... I know they ain't come instead of sending him. He ain't nothing, but a driver though.
OTEY: Yeah, so, so I don't know what he talking about. You know what I'm saying?
JORDAN: Yeah. Aite. Appreciate it, bro I'll be through there in a couple hours... nah, in about two [2] or three [3], but I'm gonna hit him when I get in.
OTEY: You good?
JORDAN: Yeah. I'm... uh, on one [1] end not on the... not on the normal other end.
OTEY: Oh, 'cause... what end, your end?
JORDAN: Yeah, the hard core's one, yeah.
OTEY: Oh, okay. Uh, yeah, he's still out here.
JORDAN: He is?
OTEY: Yeah.
JORDAN: He's just sitting out there right now?
OTEY: Yeah, just sitting.
JORDAN: In a fucking black car, right a black, uh...?
OTEY: Yeah, yeah, the same cat from Charlotte. Yeah.
JORDAN: I wonder why he's just go back for no reasons.
OTEY: Man, come on, man, I'm just gonna let him sit.
JORDAN: Yeah, he's gonna...
OTEY: [U/I]
JORDAN: You just go and tell that nigga', that nigga on the run. [LAUGHS]. He [U/I] no shit, huh?
OTEY: Man...

JORDAN: Yeah, that's the, that's the… Yeah, I'm gonna get someone… if I can get somebody with me I'm gonna feel that nigga up, beat him, beat in the [U/I] on the run. Alright. I appreciate it though.
OTEY: A…
JORDAN: I'll see you [U/I].
OTEY: Alright, alright.
JORDAN: Alright.
OTEY: Alright, alright. But, uh, he' still there in his joint.

Transcript:     UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 2300
OUTGOING: 5408927329
DATE: 08/05/2017
TIME: 11:43:17 - 15:45:28
PARTICIPANTS: MONTA ORLANDO JORDAN
RICO OTEY

[TELEPHONE RINGS]
OTEY: Hello.
JORDAN: Yo' it's Monta. What's up, bro?
OTEY: Hey what's happening?
JORDAN: They ain't shit chillin'. Floating around.
OTEY: Hey, some, some, uh, some, some, uh, dude was talking about, uh, he was looking for, uh, ghost.
JORDAN: Who said that?
OTEY: I told him I don't know no… some dude, some Spanish dude that he's spanic, asked me, he's looking for a dude name ghost, I like, I don't know no ghost. He like, he drive a white b., m., w., or Mercedes. I said, I don't know no ghost. He said, well I'm here from Charlotte, the Mexican dude is looking for him and, uh, he told me I could always find him here. I'm like I don't know who he's talking about, bro, I said, so many people come here I don't know who he talking about. He said, well can I leave a note here. I said, I don't know, I don't know, man who he talking about, I said, I don't know nothing what you talking about.
JORDAN: Yeah. Okay I know who he is, I know's, I know's who he is. I wonder why…
OTEY: Oh, you know who it is?
JORDAN: Yeah, I know exactly who it is.
OTEY: Oh, okay.
JORDAN: But I, I wonder why the…
OTEY: Oh…
JORDAN: I wonder why the dude… I know they ain't come instead of sending him. He ain't nothing, but a driver though.
OTEY: Yeah, so, so I don't know what he talking about. You know what I'm saying?
JORDAN: Yeah. Aite. Appreciate it, bro I'll be through there in a couple hours… nah, in about two [2] or three [3], but I'm gonna hit him when I get in.
OTEY: You good?
JORDAN: Yeah. I'm… uh, on one [1] end not on the… not on the normal the other end.
OTEY: Oh, 'cause… what end, your end?
JORDAN: Yeah, the hard core's one, yeah.
OTEY: Oh, okay. Uh, yeah, he's still out here.
JORDAN: He is?
OTEY: Yeah.
JORDAN: He's just sitting out there right now?
OTEY: Yeah, just sitting.
JORDAN: In a fucking black car, right a black, uh…?
OTEY: Yeah, yeah, the same cat from Charlotte. Yeah.
JORDAN: I wonder why he's just go back for no reasons.
OTEY: Man, come on, man, I'm just gonna let him sit.
JORDAN: Yeah, he's gonna…
OTEY: [U/I].
JORDAN: You just go and tell that nigga', that nigga on the run. [LAUGHS] He [U/I] no shit, huh?
OTEY: Man…
JORDAN: Yeah, that's the, that's the… Yeah, I'm gonna get someone… if I can get somebody with me I'm gonna feel that nigga up, beat him, beat in the [U/I] on the run. Alright. I appreciate it though.
OTEY: A…
JORDAN: I'll see you [U/I].
OTEY: Alright, alright.
JORDAN: Alright.
OTEY: Alright, alright. But, uh, he' still there in his joint.

[END OF CALL]

TRANSCRIBER: IGNACIO ARANDA

| Listen | 2312 | 08/05/2017 | 13:52:40 | 00:00:30 | Incoming | (646) 418-9544 | TORRUELLA, Luis | Pertinent | Voice |
|--------|------|------------|----------|----------|----------|----------------|-----------------|-----------|-------|

| | |
|---|---|
| Synopsis: | Jordan informs Lou he's going to call him back, because they pulled him over, Lou acknowledges. |
| | Lou asked Jordan if everything is good, Jordan affirms and replies that they want to search his car and ads in Spanish, "yes, of course I have others." Lou acknowledges and replies: well, well, you said... |
| Transcript: | UNKNOWN/ |
| | RRO / GP-25 WIRE: 5408550938<br>PHONE: 5408550938<br>CALL: 2312<br>INCOMING: 6464189544<br>DATE: 08/05/2017<br>TIME: 13:52:40 - 17:53:10<br>PARTICIPANTS: MONTA ORLANDO JORDAN<br>LUIS TORUELLA AKA DOMINICAN LOU<br>TRANSCRIBER: C. HARO-CAMPBELL |

Call Report

| Listen | 2330 | 08/05/2017 | 21:34:26 | 00:00:31 | Incoming | (540) 819-8929 | PERRY HASH | Pertinent | Voice |

Synopsis:     HASH to JORDAN
JORDAN and HASH greet.
HASH says he was napping earlier, JORDAN made him think something happened. JORDAN says yes, something is going on but he's going to have to go talk to him in person to let him know what's up. JORDAN goes on to say he doesn't want to talk on this phone anymore. HASH acknowledges.
End of call

Transcript:     UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 2330
INCOMING: 5408198929
DATE: 08/05/2017
TIME: 21:34:26 - 01:34:57
PARTICIPANTS: MONTA ORLANDO JORDAN
RRY HASH    T
ANSCRIBER: C. HARO-CAMPBELL

[TELEPHONE RINGS]
[BEGINNING OF CONVERSATION]
JORDAN: Yo.
HASH: What's good with you?
JORDAN: Aint shit having problems anyway.
HASH: Aint doing shit. Man, fucked my little nap earlier man. Had me thinking something … somethin' happened, man.
JORDAN: Yeah something going on. I have to, I have to come out holler at you in person so I'll let you know what's up.
HASH: For real?
JORDAN: Yeah give me a few minutes. I don't want to talk on this phone no more.
HASH: All right.
JORDAN: Aight.
[END OF CONVERSATION]

| Listen | 2337 | | 08/06/2017 | 08:57:43 | 00:11:07 | Incoming | (540) 627-8775 | | Baker, Larry Odel | Pertinent | Voice |

**Synopsis:** Jordan informs Myers he's going to the joint [Pos. his house] and do a drive-by and make sure there is no one around, Myers acknowledges.

Myers informs Jordan he has not been able to sleep, he's been pacing his whereabouts making sure no one is coming after him, because he's been paranoid, Jordan replies that he's going through the same thing.

Myers informs Jordan that Amany was texting him on whatsapp last night wondering where Jordan was at, Jordan acknowledges. Myers informs Jordan he didn't answer Amany, because he has not been on whatsapp yet, Jordan acknowledges.

Jordan informs Myers that he just ran into Daniel [PH] and Crump downstairs at his whereabouts, Myers acknowledges and replies that he has not heard from them since they were kids, Jordan acknowledges and concurs.

Jordan informs Myers there's a lot of movement at his whereabouts, but he's going to meet with them and see what's going on.

Myers informs Jordan that the phone [Pos. Frye's] is still off, Jordan replies that he has not called it.

Jordan informs Myers that he was thinking last night that she might have gone by the traffic stop, saw them stopped and she drove off fearing they might have gotten caught, Myers concurs. Myers informs Jordan he hopes that's the case, because that would be the best case scenario, Jordan agrees. Jordan informs Myers that if she kept going, that makes sense as to why her phone was on and then all of a sudden she's no longer answering, Myers acknowledges and concurs.

Jordan speculates that she [Frye] might have gotten to the spot, but didn't stop by and hopes that's what she did, because that would be the best case scenario, Myers concurs.

Myers informs Jordan that he thinks she saw the stop on both of them and kept on going, Jordan acknowledges. Jordan replies and speculates to Myers that if she [pos Frye] saw them stopped out in the middle of the road with the trunk of the car wide open and she didn't know the joint [pos drugs] were in her car, she figured out that they [Myers and Jordan] probably were going to jail, she probably panicked and left the scene, Myers acknowledges and concurs.

Jordan informs Myers he's going to breeze by [Pos his domicile] to see if anything is going on, Myers acknowledges.

Myers informs Jordan that someone knocked on his neighbor's door at 5:00 am and he thought someone was knocking a this door, but he had the DO NOT DISTURB sign on his joint [pos. hotel room] so that calmed him down a bit, Jordan acknowledges.

Myers informs Jordan that they had a hell of a day yesterday, Jordan agrees.

Jordan informs Myers he wishes they would've had a telephone or something so they could track that joints [Pos. car] movements. Jordan informs Myers that the situation does not make any sense regarding bad scenarios, Myers agrees and replies that he does not know what's going on, Jordan replies that this situation makes his head nuts.

Myers informs Jordan that he wished where her [Pos. Frye] parents lived, Jordan replies that she had told him her father or someone lives a long way from his whereabouts. Jordan informs Myers that she said her mother lives here, but he can't remember where the mother lives. Myers replies to Jordan that her [Pos. Frye] would pay her rent and she also has her [Frye] kids. Myers informs Jordan that the dude [Pos Frye's paramour] was going to be cooking for the kids so her mother would not be asking anymore questions, Jordan acknowledges.

Myers informs Jordan that he prayed for both of them and her, so they could accomplish their task safely, because she has kids, after all, things are looking up for him and Jordan, but he would hate to see her get in trouble.

Myers reminds Jordan that him and Jordan already have scenarios as to what to do or disappear in case something happens, Jordan acknowledges and concurs.

Jordan informs Myers he's going to get back in touch with him once he's assessed the situation, Myers acknowledges.

**Transcript:** UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 2337
INCOMING: 5406278775
DATE: 08/06/2017
TIME: 08:57:43 - 13:08:50
PARTICIPANTS: MONTA ORLANDO JORDAN
IFTON MYERS
D
AN: Yo'. MYE R
S: What's up, broski? JOR D
AN: Shit, just here at the mother fucking [U/I] and see if anybody's... I'm gonna do a drive by on their ass. See what's... and see if... see if anybody around. MYER
S: Man, man, I didn't get no mother fucking, no sleep 'til seven [7:00] this mother fucking this morning so... JOR D
AN: Straight up? MYE R
S: [SIGHS]. [U/I]. JOR D
AN: I was thinking [U/I]. MYE R
S: I end up falling out... JOR D
AN: [U/I]. How [U/I]. MYE R
S: [U/I] last night after I talked to you, my nigga... so I woke up at two [2:00] o'clock. Man, I got paranoid as a mother fucker, I can't even sit in the mot

er fucker room. I get it downstairs, take, take a look around. JOR D

AN: Yeah, me too. MYE R

S: I come get in the bed. Yeah, well a mother fucker knocked on the neighbor's joint at five [5:00] o'clock, but I'm up… JOR D

AN: Right. MYE S

: Knock that… knock on that five [5:00] o'clock. And then so… so, so, I'm, I'm up, I'm peaking out the mother fucking thing. That mother fucking knocked on my shit, start beating on my door. So, you know, I mean, I'm… it's, it's, something… it ain't covered the hole, but I seen with the bottom of… I didn't know if it was Amany or what, 'cause, anyway, Amany, Amany mother fucking text too. JORD A

N: They did? MYER S

: Amany.  JORD A

N: Did they text you?  MYER S

: I say Amany did.  JORD A

N: She text you? MYER S

: Yeah, she hit me on whatsapp. JORD A

N: Okay. Asking where I was at or something? JORD A

: Uh, was you okay… and wa… JORD A

N: Yeah, I had, uh, 'cause…  MYER S

: And was you back.  JORD A

N: Where I… was I back? MYER S

: Yeah.  JORD A

N: I wonder [U/I]. MYER S

: Hey, I ain't e… I ain't e… I ain't even mother fucking respond. I didn't even got on whatsapp yet.  JORD A

N: Alright. Uh… that's crazy. I just now seen Daniel (ph) and Crump downstairs.  MYER S

: Oh, shit, I ain't even know he was… I ain't heard… I heard from that nigga since was were kids  JORD A

N: I know. That… just found 'em when I was passing them. There's a lotta movement going around this mother fucker. Yeah, I'm ready to go out and ind out and see what's going on with the…with them.  MYE R

: Uh, that mother fucker phone still off then.  JORD A

N: I ain't even called, I'm fixing to call. I don't know, I was just, I was just thinking last night, man, I was like, [SIGHS], I don't know them mother fuckrs rolled… rolled by and seen that nigga all hemmed up [U/I]. MYER S

: That shit… Yeah, see, see I… see, I thought that too. I've been thinking all morning about that too and I said that's the best case scenario.  JORD A

N: Yeah that's the best… definitely the best one. That's definitely the best one. I'm just trying to figure out…  MYER S

: That he…  JORD A

N: Huh? I don't even know if she got the dude at the, the spot… she's like, if he come back just tell 'em you didn't hear from me or something like that  MYE R

: Uh-huh.  JORD A

N: That's what I'm, that's what I'm thinking about…  MYER S

: I'm, I'm… I thought about that too, I was like damn, she mighta rolled by us, seen… I said, yo', that mighta been what happened, 'cause I was thinking about that all day and I was like, I hope that's what happened.  JORD A

N: Yeah me too. I hope too. I, I mean it, it would, it would make sense why her phone was ringing one [1] minute and then all of a sudden it's cut off the ext.  MYE R

: Yeah, that, that, that, that, that, that makes a lotta sense, man. Instead of the other, other way around be… both make sense, but I'm, I'm really thinking about the done, she done rolled passed and shit and, and seen and shit and she probably dipped to her apartment or something. You know, fuck that  JORD A

N: Yeah, because I mean, it… see I mean, I'm, I'm thinking… if she thinks in her mind that the joint was in there and, and she rolled by and seen that mother fucker, the way it was, it was wide open like that. Man, she was like, "oh, no, hell no they got them," and my nigger hit her from their phone, she' like… or even showed up at her place… she's like, "oh, no that happen in some bullshit." So I don't know, I'm gonna breeze by and see what the uck going on up there.  MYE R

: Man, that… man, I've been paranoid all mother fucking night, man. Uh…  JORD A

N: Yeah, I've been para… paranoid is the word. MYER S

: I've been peaking out the balcony, peaking out the peep hole, downstairs, fake… on the computer, looking around… I see all them army moth r… man, I've been…  JORD A

N: Yeah. MYER S

: Yo', man, I've been paranoid as a mother fucker, man. I couldn't mother fucking sleep, man. I told you I went to sleep at seven [7:00], nigga and back up.  JORD A

: Shit you… I went to sleep around five [5:00]. MYERS :

Mother fucker knocked on my door beat on the neighbor's door, did a nigger knock, boom, boom, boom, boom, boom so I'm up. So, I'm peeping out t e peep hole I see the bitch, then she put a finger over my joint and hit the joint. But I can tell, I'm like, man, I know that, ain't mother fucking Amany but I'm too paranoid. I'm too scared to look out, look, look out that mother fucker, man. [CHUCKLES]. So… JORDAN

: [CHUCKLES]. MYERS :

I done, I done got dressed… slept about twenty [20] minutes… I done got dressed, I mother fucking walked out that mother fucker, I went downstairs stairs nigga . at the computer. JORDA N

: [LAUGHS]. MYERS :

I gotta see, I gotta see who coming through these mother fucking doors [U/I], but then I see the names at, uh… the do not disturb sign and I had my jo nt up. So, I'm like, oh, man, the mother fucker mighta been like, yo' seen that do not disturb and I'm like yo' fuck that, wake the fuck up. Or, or I was l ke, man… then I'm down there, I'm like, I know Amany ain't come in and asked, asked… and, and, and, and asked where the nigga here and get to knockng on the mother fucking door type shit. And I'm like, I don't know, man, I couldn't see the bride, I couldn't see it clear, man,'cause they threw a hand r a finger over the joint and knocked on the joint.  JORDA N

: Oh, yeah, that's crazy.  MYERS :

At five [5:00] o' fucking clock, man. So, you already know… man, I was beaking like a mother fucker… you know [U/I] the mother fucker [U/I] my mothe fucking head in at five [5:00] o'clock, I'm like, man… geez, brother, one [1] hell of a mother fucking day, man.  JORDAN

: You ain't lying.  MYERS :

One [1] hell of a mother fucking day, man. Shit… JORDA N

: I wish I… I wish a nigga had a mother fucking phone or something in that joint where nigga can track that joint at, could track the movement of that oint.  MYERS

: [GROANS].  JORDA N

: I don't know, I don't know why it's [U/I]. I don't know… I just don't… I mean it don't… a lotta shit don't make any sense as far as that right there as far as, a bad scenario.  MYERS

Yeah, man, a lotta shit ain't making no mother fucking sense, man, I don't know what the fuck going on. JORDA N

: Yeah, I'm, I'm, [U/I] long, I feel that one, bro. That shit by here is nuts. I'm talking about absolutely nuts. I'm… I just don't… I can't, I just can't .. why wouldn't they call [U/I]. I left [U/I] for… MYERS

Man. JORDA N

: [U/I].  MYERS :

Yeah, man a lotta shit, a lotta shit ain't making no mother fucking sense. I wish you knew where her mother fucking parents live. JORDA N

: She said, she said that, uh, her dad lived… I know her… somebody lives a long way from here. And, uh, she said her mom lives here, but I don't, I don't, I don't remember where her mom lives and [U/I] near.

MYERS: Well you know her mom was going to pay her, going by there to pay her mother fucking rent.

JORDAN: Yeah.

MYERS: And she was talking to the…

JORDAN: Her mom…

MYERS: Her mom I think she…

JORDAN: Who got the kids, who got the kids then?

MYERS: Her mom came and got the kids.

JORDAN: Man, that [U/I].

MYERS: And that's why she was trying to get dude to fix, fix the food. For, for the look good and her mom won't be asking no more fucking questions, "okay, the kids were fed," and, and is well, she could fix her plate and take it to go and so on, and so on. [YAWNS].

JORDAN: Yeah.

MYERS: She was talking to dude about… 'cause she was coming to get the kids so she could take the kids food to go a-as well, so she wouldn't have to

worry about cooking them dinner.
[VOICE IN THE BACKGROUND IS FROM A NEWS ANCHOR]
MYERS: Man, I absolutely have to find this mother fucker. Hopefully [U/I], boy… I'm just saying [U/I].
MYERS: I know, fuck that, man, that's the [U/I], man. Goddamn. [GROANS]. And the thing about it with her… It don't mean… I don't think… you know, I wake up I do my prayer… give my thanks, man, give my thanks to the father love… my thanks to god, man and everything and we, we move through safely and act safely and I hope the same thing e-even in her case, 'cause I know, you know, I mean the mother fucking dude got, dude got kids and things like that, man. So, you know what I mean? I'm definitely thankful and, and pray, pray the best on… in, in, in that situation, man.
JORDAN: Yeah.
MYERS: That's a lot of mother fucking heartache, brother… the nigga [U/I] goddamn it shorty… you know what I mean? Our, our situation is small, 'cause we… you know what I mean? Everything is on the up and up on our end.
JORDAN: Yeah.
MYERS: The mother fucker disappear and so many fucking scenarios. [YAWNS] through [U/I] nigga. Goes through a nigga's head and makes the nigga, makes the nigga brain…
JORDAN: [U/I].
MYERS: Oh, shit.
JORDAN: Well, I don't know as soon as I brace the, as soon as I brace the situation I'll hit you up and let you know wha-what happened with, with the [U/I].
MYERS: That [U/I] the best.
JORDAN: Alright.

[END OF CALL]
TRANSCRIBER: IGNACIO ARANDA



| Listen | 2346 | | 08/06/2017 | 10:04:46 | 00:02:00 | Incoming | (540) 627-8775 | | Baker, Larry Odel | Pertinent | Voice |
|---|---|---|---|---|---|---|---|---|---|---|---|

Synopsis:   Jordan informs Myers that he thinks things are crazy, because they both got stopped and pulled over at the same time. Jordan informs Myers he thinks she got stopped in Harrysburgh, Myers replies that the place she got stopped is like 10-15 minutes away from where they got stopped, Jordan acknowledges.

Jordan informs Myers that he went by her [Pos. Frye] spot and the dude [pos Frye's paramour] told him [Jordan] that her mom called the dude and let him know that she's locked up at Rockbridge county for trafficking. Jordan informs Myers that this situation does not make any sense. No reply.

Jordan informs Myers that this situation makes no sense, but at the same time, it makes a lot of sense.

Jordan informs Myers that in order to pull both of them at the same time…

Jordan asked Myers to hold on and hung up the telephone.

Transcript:   UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 2346
INCOMING: 5406278775
DATE: 08/06/2017
TIME: 10:04:46 - 14:06:46
PARTICIPANTS: MONTA ORLANDO JORDAN
CLIFTON MYERS

[TELEPHONE RINGS]
JORDAN: Yeap.
MYERS: What?
JORDAN: Yeap. You know wha… this is what… this is what happened so crazy, bro right, right here, bro. They, they had to pop me… they pulled us both at the same time. Rockbridge county I think is, is, is Charlottesville, I mean, not Char… uh, Fredericksbu… man, not Fredericksburgh, but, uh, Harrysburgh.
MYERS: That's way, that's way… we was, we was like ten [10], fifteen [15] minutes away.
JORDAN: From where Rockbridge?
MYERS: Nah, we were.
JORDAN: Nah, Rockbridge… from what, from uh…?
MYERS: From, from that shi…
JORDAN: Where she got stopped?
MYERS: Yeah.
JORDAN: That's what… I mean, apparently that's what, that's what… I asked the dude… I just now went by her spot and seen the dude outside he told it to me… he said, that uh, he said, mom called him and told him that, uh, she locked up in Rockbridge county for trafficking.
MYERS: [UNINTELLIGIBLE NOISE].

JORDAN: And that don't make no earthly sense... that makes no earthly sense though. Yeah, so, that don't make no sense. It doesn't make any sense. It makes a lotta sense, but it doesn't make any sense. In order... if, if... they had to pull at the same time both... hold on, hold on, hold on, bro, hold on.

[END OF CALL]

TRANSCRIBER: IGNACIO ARANDA



| Listen | 2357 | 08/06/2017 | 11:53:48 | 00:05:45 | Incoming | (540) 627-8775 | Baker, Larry Odel | Pertinent | Voice |

Synopsis:   to Myers informs Jordan he's worried and his mind is all over the place, Jordan acknowledges and concurs.

Jordan informs Myers that the had to have been on to that car [Frye's], Myers concurs. Myers replies to Jordan that they also might have made her talk, because they don't know who he [Myers] is, Jordan acknowledges and concurs. Myers speculates that they probably stopped them so they could identify Myers, which in turn, it makes Myers mad, because he gave them [Pos. Police] his real name, Jordan acknowledges.

Jordan informs Myers that what is throwing him off is the fact that they [pos. police] could've waited until they got all the the way in, because they might have had a tracking situation on them [NFI]. Jordan informs Myers he can't explain to himself why it happened at Rockbridge county, Myers replies that he doesn't know. Myer informs Jordan that if he had known this situation was going on, he would've never given his name.

Jordan informs Myers that he doesn't know if she got a bond and he's going to call around and see if they can find out about her situation.

Jordan informs Myers that they did not let her go and he does not understand why, but the car is under her name, but she did not have knowledge of it [pos. drugs in the car]. Jordan informs Myers that from a legal stand point, she's [Pos. Frye] in a good legal position if she stands her ground and if she didn't know that was there. No reply.

Jordan informs Myers he can't figure out how they [pos. police] put two and two together.

Jordan informs Myers that the paperwork he's got on his joint [NFI] can't be used outside of the state of Virginia, as far as the GPS monitoring.

Jordan speculates to Myers that they might have not wanted to arrest them somewhere else, but instead at the Western District of Virginia, Myers acknowledges.

Myers informs Jordan that he doesn't know what kind of person she is and he doesn't know if she's going to start yapping right away or immediately she already did. Jordan replies to Myers that if she would've started yapping right then they would've already let her go, but they didn't. Also, they let them [Myers and Jordan] go at around the same time they were arresting shorty [Pos. Frye], because Rockbridge county is at the Landon [PH] area.

Jordan informs Myers that they probably were after someone else when they pulled her. Myers replies to Jordan that if it's them people right there [U/I], Jordan concurs.

Jordan informs Myers that he's puzzled with the fact they didn't confiscate their phones or anything, also, they [pos. police] didn't even mention the other [pos. Frye] person to them at all.

Jordan informs Myers that he thinks they [pos. police] already knew what they were looking for and he's positive of that.

Jordan informs Myers he's going to call him back after he finds out if she's been given a bond, Myers acknowledges.

Transcript:   UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 2357
INCOMING: 5406278775
DATE: 08/06/2017
TIME: 11:53:48 - 15:59:33
PARTICIPANTS: MONTA ORLANDO JORDAN
IFTON GERANT MYERS    T
ANSCRIBER: C. HARO-CAMPBELL
L
EPHONE RINGS] [BE G
INNING OF CONVERSATION] JOR D
AN: Yo.  MYE R
S: Yo.  JOR D
AN: Hey, what's up with you fool? MYE R
S: Nothin' motha fucking [U/I], man. Moth  fucking mind running a million miles a motha fucking minute.  JORDN

: Yeah I done knock out too for real. Hey br , this is … this is … I mean I've been sitting back thinking … they had to, they had to be on that car right here.  MYERS:

That's what I'm thinking.  JORDAN

It had to be.  MYERS: T

hat's what I'm thinking man. Unless,   hey just … nah the only way they wouldn't [U/I] and hey, this and that… dah, dah, dah, dah, dah. Them mofuc

ers were moving to catch up my nigga. I already   .. and I told you I did not pass them motha fuckers. And I alreasee them motha fucker [U/I] run yo

r motha fucking joint for real man. He wanted tonow who the fuck I was, like he wanted to know my shit .  JORDAN: Right

MYERS: They tr

ying to see who the fuck I was. I'm like ah ma   that's what was fucking pissing me the fuck off.  JORDAN: Oh my

nd this, this is what is throwing me off a little bit. I mean, they could have waited until we got all the way in. They could have waited … I mean if they did have, you know [U/I] situation on them. They could have waited for them to get all the way in or a little bit closer. Why in Rockbridge County though?
MYERS: Hmm mmm.

JORDAN: Why? Why Rockbridge County?

MYERS: Hmm mmm I didn't know that was that motha fucking bitch said didn't know all of that shit, man. I didn't know that it as that far out. I [U/I] motha fucking name, god damn.

JORDAN: The good, the good… hold on let me see… uh listen the… I don't even know if she got a bond. I'm getting ready to get somebody to call and uh see if they can find out about a bond situation on that. Shhh they didn't … apparently they didn't let her go for a reason. Uh, the car is in her name. She didn't have knowledge of it. I mean, so in a legal… a legal, a legal situation she is … if she just stand her ground, she's in a pretty good position legally. If she didn't know that was there. Now it goes to … I mean that [U/I] right there goes to, how would they have put two and two together? That's what I don't understand. Now, on my … the paperwork that I got on my joint [U/I] they can not be used outside the state of Virginia, like as far as GPS monitoring… only in the State of Virginia, jurisdiction of Virginia [U/I] of Virginia. I would have thought that maybe … ah, maybe further on up they would have grabbed a nigga. But maybe not, maybe they wanted it to be a Western District of Virginia thing.

MYERS: Well uh … [MUMBLES][YAWN][U/I] I don't know what type of person she is, she get the motha fucking yapping right now or right there and then? Like I don't know [U/I], you know what I mean? I don't know.

JORDAN: If she got to yapping right then, then they would have not even let us go. But they hadn't, they let us go… had to be around the same time they was grabbing Shorty. Because she… I mean Rockbridge County is like Lexington area. So maybe once they pulled us… it had to be some more from somebody else, they pulled her.

MYERS: I tell you man them people, them people [U/I] right there.

JORDAN: I know it had to, it had to be [U/I]. I mean, if I thought even if they thought that, they didn't even grab no phones or nothing. They didn't even mention, they didn't even mention the other person. Didn't mention them at all. Hmm

MYERS: I know.

JORDAN: And I think they already knew where the fuck it came from. That's what I do believe. I'm getting ready to uh … I'm in the room, I'm getting ready to uh, give me a few minutes I'm gonna see if I can catch up with this motha fucking uh … somebody to call these people to see what's going on with her… see if she got a bond or what.

MYERS: Aight.

JORDAN: Aight.

[END OF CONVERSATION]

| Listen | 2389 | 08/07/2017 | 08:42:01 | 00:01:28 | Outgoing | (540) 904-8659 | JEFFRIES, SLYVIA | Pertinent | Voice |

Synopsis:   Jordan asked Sylvia if they have two cars, Sylvia affirms. Jordan informs Sylvia he needs to swap his car for one of her cars, she acknowledges, Sylvia replies to Jordan that he can use her car, Jordan acknowledges.

Jordan informs Sylvia that shit is getting real and too may people are following him, he keeps on seeing the same person and same cars, also, he sees the same person in different cars, Sylvia acknowledges.

Jordan reiterates to Sylvia that he does not like what he's seeing and wants to exchange her car for his BMW, Sylvia acknowledges and replies that she's going to be home.

Parties bid farewell

Transcript:   UNKNOWN/

RRO / GP-25 WIRE: 5408550938
PHONE: 5408550938
CALL: 2389
OUTGOING: 5409048659
DATE: 08/07/2017
TIME: 08:42:01 - 12:43:29
PARTICIPANTS: SYLVIA JEFFRIES
MONTA ORLANDO JORDAN

[TELEPHONE RINGS]
JEFFRIES: Yo', yo', yo' come check this crazy flow. [CHUCKLES].
JORDAN: What's up, big head?
JEFFRIES: [LAUGHS].
JORDAN: How you livin'?
JEFFRIES: [LAUGHS].
JORDAN: [CHUCKLES].
JEFFRIES: You're retarded.
JORDAN: Yeah.
JEFFRIES: What's going on?
JORDAN: Ain't shit chillin'. What you doin'?
JEFFRIES: Nothing... in bed.
JORDAN: Oh, okay. Now... where's Jacob is he chillin'?
JEFFRIES: He at work.
JORDAN: Alright. Don't... hey, yo', don't y'all got two [2] cars?
JEFFRIES: Yeah. Why, what's going on?
JORDAN: Alright. [CHUCKLES] I need to swatch my car for one [1] of y'all cars.
JEFFRIES: Grab, grab mine.
JORDAN: Shit is getting real I think.
JEFFRIES: What's wrong... what you mean?
JORDAN: Oh, shit is getting real. I, I, I think, [STUTTERS] they're doing too much follow... me... to many people follow me. Right? Uh, I think I see... I think I gotta... I got, I got one of those six [6] senses. Well I think it's, it's... I keep on seeing the same person and all or the same cars with a tint, the same person in different cars, like, what is... what are you doing right here, bro? I just seen you going behind me, going the other way. I mean, yo'...
JEFFRIES: Yeah.
JORDAN: You know, I just seen you again... then other car followed me an hour, an hour ago. So, I was like, ah, I don't like this, something must be going on. So...
JEFFRIES: Yeah.
JORDAN: I'm gonna drop... I can drop you off my b., m., w., and grab one [1] of your joints.
JEFFRIES: Alright. That's alright. I'm here.
JORDAN: Alright, give me a few minutes.
JEFFRIES: Okay.
JORDAN: Alright.

[END OF CALL]

TRANSCRIBER: IGNACIO ARANDA