UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES – JURY TRIAL
Day 4

Case No.: 7:17CR00056-001							Date: 2/21/2020

**Defendant:** Monta Orlando Jordan, custody				**Counsel:** Louis Nagy, Gene Hart - CJA

PRESENT:
- JUDGE: Michael F. Urbanski, CUSDJ
- TIME IN COURT: 9:51-11:28, 11:46-12:41, 2:17- 4:08,  4:30- 4:54   4h 47m
- Deputy Clerk: Kristin Ayersman
- Court Reporter: Judy Webb
- U. S. Attorney: Kari Munro, Tony Giorno
- USPO: Andrew Ridgway
- Case Agent: Ryan Sloan, DEA; Joseph Crowder, VSP
- Interpreter: none

LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Lewis Cheresnowsky | 1. |
| 2. Sean McCafferty | |
| 3. Steven Fay | |
| 4. Westley Richardson | |
| 5. Jonathan Duffy | |
| 6. Amy Wheeling | |

PROCEEDINGS:

☒ Government presents evidence.  Lewis Cheresnowsky, sworn. US Ex 172, m/r.  Court gives cautionary instruction to jury.  Court questions witness.  Cross.  Redirect.  Additional cross.  Witness excused. Sean McCafferty, sworn. US Ex 122-128, 164, 165, 170, m/r. Witness excused.  Steven Fay, sworn. US Ex 166-169, m/r.  No cross, witness excused. Recess 11:28 Reconvene 11:46 Westley Richardson, sworn. US Ex 175, m/r.  Court gives cautionary instruction to jury.  Recess 12:41 Reconvene 2:17 Witness still sworn.  Cross.  Redirect.  Witness excused. Johnathan Duffy, sworn. Witness qualified as expert. US Ex 229, 230, 70, 72, 84, 86, m/r.  No Cross, witness excused.  Amy Wheeling,

sworn. US Ex 184, m/r.  Court gives two cautionary instructions to jury.  Court questions witness. Recess 4:08 Reconvene 4:30  Cross.  Witness excused.  Recess 4:54