# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES – JURY TRIAL
### Day 5

**Case No.:** 7:17CR00056                                         **Date:** 2/24/2020

**Defendant:** Monta Orlando Jordan, custody                **Counsel:** Louis Nagy, Gene Hart - CJA

| PRESENT: | | |
|---|---|---|
| | JUDGE: | Michael F. Urbanski, CUSDJ |
| | TIME IN COURT: | 9:49-11:27, 11:48-1:01, 2:14-3:31, 3:51-5:31  5h 48m |
| | Deputy Clerk: | Kristin Ayersman |
| | Court Reporter: | Mary Butenschoen |
| | U. S. Attorney: | Kari Munro |
| | USPO: | Andrew Ridgway |
| | Case Agent: | Ryan Sloan, DEA; Joe Crowder, VSP |
| | Interpreter: | none |

## LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Chelsea Marie Fry | 1. |
| 2. Enrique Garzon – counsel present | |
| 3. Todd Morehead | |
| 4. Ryan Sloan | |
| 5. Kent Weatherford | |

PROCEEDINGS:

☒     Government presents evidence.  Chelsea Marie Fry, sworn. US Ex 116, m/r.  Court gives jury cautionary instruction. Court gives limiting instruction.  US Ex 119, m/r.  Recess 11:27  Reconvene 11:48  Ms. Fry, still sworn. Cross. Redirect. Additional cross. Witness excused. Recess 1:01  Reconvene 2:14 George Miller, Esq. present, counsel for Enrique Garzon, US witness.  Mr. Garzon sworn.  Court advises Mr. Garzon on the record.  Jury returns, witness sworn before the jury.  Court gives jury cautionary instruction.  Court allows witness to come off of witness stand to ID defendant. Cross. Witness excused. Todd Morehead, sworn. US Ex 148, 142, 144, 146, 149-153, m/r. Cross. Recess 3:31 Ryan Sloan, sworn. US Ex 235, 236, 115, 114, 189, 199, 129, 131, 133, 135, 139, 141,

m/r. No cross. Witness excused. Kent Weatherford, sworn. US Ex 222-226, by agreement, m/r. No cross, witness excused. US has no further witnesses, but does have some stipulations to present to the court – two stipulations read into the record.

☒ Government rests, jury excused. 4:55

☒ Defendant makes Motion for Judgment of Acquittal under Rule 29, as stated on record. Court overrules motion as to Counts 1, 3, 4 and 5; asks US to respond re Count 6. Additional argument by dft.
Court ☐ grants ☒ denies as to Counts 1, 3, 4 and 5 ☒ takes Count 6 under advisement until 2/25/2020.

☒ Court addresses jury instructions with counsel. Court will provide a set of jury instructions for each juror.

☒ Defendant remanded to custody.