# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 7:17-cr-56 |
| v. | ) | |
| | ) | |
| MONTA ORLANDO JORDAN, | ) | By:   Michael F. Urbanski |
| <u>et. al.</u> | ) | Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant Monta Orlando Jordan's motion for judgment of acquittal or in the alternative for a new trial, ECF No. 270, is **DENIED**.

It is so **ORDERED**.

Entered:  June 8, 2020

*/s/ Michael F. Urbanski*

Michael F. Urbanski
Chief United States District Judge