

Roanoke Valley 2016 / 2017 Combined Overdose Comparison

| | Non-Fatals | Fatals |
|---|---|---|
| **2016** | 125 | 13 |
| **2017** | 298 | 36 |

Roanoke Valley Figures

