IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISON

UNITED STATES OF AMERICA

v.                                           Criminal No. 7:17CR00056

MONTA ORLANDO JORDAN

### DEFENDANT'S NOTICE OF APPEAL

COMES NOW the defendant, MONTA ORLANDO JORDAN, ("the Defendant"), by his counsel, and herein gives NOTICE of his appeal of the final judgement entered in this action on the 11th day of March, 2021 to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted,

Monta Orlando Jordan
By Counsel

/s/Louis Kirk Nagy
VSB # 48605
Law Office of Louis K. Nagy, PLC
590 East Market Street
Harrisonburg, Virginia 22801
(p) (540) 705-0021
lnagy@nagylawva.com
Counsel for the Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2021, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

      /s/Louis Kirk Nagy
      VSB # 48605
      Law Office of Louis K. Nagy, PLC
      590 East Market Street
      Harrisonburg, Virginia 22801
      (p) (540) 705-0021
      lnagy@nagylawva.com
      Counsel for the Defendant